**SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.  EDCV 05-426-VAP(SGLx) | Date  August 8, 2005 |

Title    G. DAVID JANG, M.D. -v- BOSTON SCIENTIFIC CORPORATION, a Delaware corporation; SCIMED LIFE SYSTEMS, INC., a Minnesota corporation

---

Present: The Honorable    VIRGINIA A. PHILLIPS, JUDGE

| DEB TAYLOR, Relief | PHYLLIS PRESTON | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Paul Rose | John E. Nilsson |
| | Sandra Smith Thayer |
| | Edward Han |

Proceedings:   Plaintiff and Counter-defendant's Motion to Dismiss First, Second, Third, Fifth, and Sixth Counts of, and Prayer for Punitive Damages in, Counterclaim of Boston Scientific Corp. And Scimed Life Systems, Inc. [filed 7/18/05]


The motion is denied for the reasons set forth on the record during the hearing..


Initials of Preparer    dts

:35

DOCKETED ON CM

AUG 11 2005