**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV05-00426 VAP(SGLx)                    Date: January 30, 2006

Title:   G. DAVID JANG, M.D. -V- BOSTON SCIENTIFIC CORP., ETC
=================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. MAGISTRATE DISTRICT JUDGE

| Jim Holmes | Theresa Lanza |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

Thomas C. Mundell                                     Sandra Smit Thayer
                                                       Edward Han


PROCEEDINGS:   (1)   Plaintiff's Motion to Compel Responses to First Set of Requests
                     for Production of Doc's, filed 12-16-05.

               (2)   Plaintiff/Counter-Defendant's Motion to Compel Responses to its
                     First Set of Requests for Production of Documents, filed 1-5-06


     Counsel present and report that they have reached a stipulated agreement resolving today's discovery matters. Court questioned counsel, and due to the stipulated agreement the moving party withdrew both matters.



DOCKETED ON CM
FEB 1 3 2006
BY ____ 052

MINUTES FORM 90                                      Initials of Deputy Clerk: (10 mins)
CIVIL -- GEN