Eric Moore (SBN 221995)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: Mooree@howrey.com

Matthew M. Wolf (pro hac vice)
Edward Han (pro hac vice)
John Nilsson (pro hac vice)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
Email: Wolfm@howrey.com
Email: Hane@howrey.com
Email: Nilssonj@howrey.com

Attorneys for Defendants and Counterclaimants
*Boston Scientific Corporation and
Scimed Life Systems, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| G. DAVID JANG, M.D.,<br><br>    Plaintiff/Counterdefendant,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation; SCIMED LIFE SYSTEMS, INC., a Minnesota corporation,<br><br>    Defendants/Counterclaimants. | Case No. EDCV 05-00426 VAP (CTx)<br><br>**JOINT STIPULATION OF THE PARTIES FOR EXTENSION OF THE MEDIATION, FACT DISCOVERY AND EXPERT DISCOVERY DEADLINES**<br><br>**The Honorable Virginia A. Phillips**<br><br>Fact Discovery Cutoff: October 20, 2006<br>Pretrial Cutoff: January 29, 2007<br>Trial Date: February 20, 2007 |

# JOINT STIPULATION OF THE PARTIES FOR EXTENSION OF THE MEDIATION, FACT DISCOVERY, AND EXPERT DISCOVERY DEADLINES

Plaintiff G. David Jang, M.D. ("Dr. Jang") and Defendants Boston Scientific Corporation and Scimed Life Systems, Inc. (collectively, "Defendants" or "BSC") hereby stipulate and agree to extend the mediation, fact discovery and expert discovery deadlines, based upon good cause and subject to the approval of this Court. The parties respectfully request that the Court grant the extensions as set forth herein.

The current and requested deadlines are as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Mediation deadline | September 25, 2006 | October 16, 2006 |
| Deadline for fact discovery | October 20, 2006 | November 20, 2006 |
| Deadline to Exchange Rule 26(a)(2) Expert Disclosures | September 29, 2006 | October 20, 2006 |
| Deadline to exchange rebuttal expert reports | October 27, 2006 | November 17, 2006 |
| Deadline for expert discovery | November 30, 2006 | December 21, 2006 |

The pre-trial deadline in this matter is January 29, 2007, and trial is set to begin on February 20, 2007. The requested extensions will not alter the trial date or the remainder of the deadlines set forth in the Court's October 20, 2005 Scheduling Order.

The parties have worked diligently to coordinate their schedules with those of the mediator. However, given the limited availability of the mediator and the parties' desire to complete certain depositions and await the Court's claim construction order before mediation, scheduling was difficult. Furthermore, in light of the claim construction order, the parties subsequently conferred and sought to narrow the issues presented in this matter, which took additional time. Both parties and the mediator are able to proceed with mediation on October 16, 2006, and the parties request that the Court grant this extension of time.

HOWREY LLP

1

1    The Court previously granted the parties an extension of fact discovery from
2 September 29, 2006 to October 20, 2006 so that the parties could complete depositions.
3 While nearly all of the depositions will be complete by October 20th, the parties have
4 encountered numerous scheduling conflicts, as well as travel and logistical concerns
5 resulting from the taking of depositions in California, Minnesota and Massachusetts.
6 Accordingly, the parties require additional time to schedule the few remaining
7 depositions and request an extension until November 20, 2006 to complete fact
8 discovery.
9    The parties also request an extension of the deadlines for expert disclosures,
10 rebuttal reports and expert discovery, as set forth in the table above. Given the
11 difficulty in scheduling all of the depositions, the August 23, 2006 claim construction
12 order and the September 18, 2006 order granting partial summary judgment as to count
13 three of the amended complaint, the parties request additional time to prepare expert
14 reports as to the issues that are still pending in this case.
15    The parties have agreed that the proposed extensions will not prejudice either
16 party and will not affect the remainder of the Court's scheduling order. Therefore, in

HOWREY LLP

2

1 light of recent case developments and the narrowing of issues to be litigated, the parties
2 request these short extensions of time.

4 DATED: September 22, 2006

HOWREY LLP
Edward Han
Matthew Wolf
John Nilsson
Eric Moore

By: _____
John Nilsson

Attorneys for Defendants and Counterclaimants Boston Scientific Corporation and Scimed Lifesystems, Inc.

11 DATED: September 22, 2006

GIBSON, DUNN, & CRUTCHER LLP
Wayne M. Barsky
Julian W. Poon
Joshua A. Jessen
Brenda L. Kleidosty
Shannon E. Mader

MUNDELL, ODLUM & HAWS, LLP
Thomas C. Mundell

By: _____
Julian W. Poon

Attorneys for Plaintiff, G. David Jang, M.D.

IT IS SO ORDERED:

DATED: 9/26/06

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE