SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   EDCV 05-426-VAP(CTx)                     Date   March 30, 2007

Title   G. DAVID JANG, M.D. -v- BOSTON SCIENTIFIC CORPORATION, a Delaware corporation; SCIMED LIFE SYSTEMS, INC., a Minnesota corporation

Present: The Honorable   VIRGINIA A. PHILLIPS, JUDGE

| RACHEL INGRAM | PHYLLIS PRESTON | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

    Julian Poon                                   Edward Han
    Wayne Barsky

Proceedings: Status Conference

   Court and counsel confer re settlement negotiations. The matter is continued to April 16, 2007 at 3:00 p.m.. to be held telephonically. Plaintiff's counsel shall initiate the conference call to chambers at 951-328-4420.

: 35

Initials of Preparer   RI



DOCKETED ON CM
APR - 2 2007