**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 05-426-VAP(CTx)                              Date:  October 1, 2008

Title:     G. DAVID JANG, M.D. -v- BOSTON SCIENTIFIC CORPORATION, et al.
===============================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                   None Present
    Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR                        ATTORNEYS PRESENT FOR
PLAINTIFFS:                                  DEFENDANTS:

    None                                            None

PROCEEDINGS:   MINUTE ORDER GRANTING CONTINUANCE OF OCTOBER 6, 2008 STATUS CONFERENCE (IN CHAMBERS)

     The Court has received and considered the Parties' Joint Status Report.  The Court GRANTS the parties' request to continue the status conference.  The status conference, currently scheduled for October 6, 2008 at 1:30 p.m., is VACATED.  The Court sets a new telephonic status conference for November 17, 2008 at 1:00 p.m. Plaintiff's counsel shall initiate the conference call to chambers at (951) 328-4420.

     **IT IS SO ORDERED.**