Eric J. Moore (SBN 221995)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: mooree@howrey.com

Matthew M. Wolf (admitted *pro hac vice*)
Edward Han (admitted *pro hac vice*)
John Nilsson (admitted *pro hac vice*)
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
Email:  Wolfm@howrey.com
Email:  Hane@howrey.com
Email:  Nilssonj@howrey.com

Attorneys for Defendants
*Boston Scientific Corporation and*
*SciMed Life Systems, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| G. DAVID JANG, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation, and SCIMED LIFE SYSTEMS, INC., a Minnesota Corporation,<br><br>Defendants. | Case No. ED CV 05-00426 VAP SGLx<br><br>**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE DATE TO** March 17, 2009<br><br>**November 17, 2008 Telephonic Status Conference** |

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation, and SCIMED LIFE SYSTEMS, INC., a Minnesota Corporation, | ) Case No. ED CV 05-00426 VAP ) SGLx ) ) ) ) |
| Counterclaimants, | ) |
| v. | ) ) |
| G. DAVID JANG, M.D., | ) ) |
| Counterdefendant. | ) ) |

Plaintiff G. David Jang and Defendants Boston Scientific Corporation and SciMed Life Systems, Inc. (the "Parties") respectfully submit this joint stipulation to continue the telephonic Status Conference currently scheduled for November 17, 2008, at 1:00 PM until **March 17, 2009**. The Parties have conferred and agree that the outcome of an appeal of a related action, *Cordis Corp. v. Boston Scientific Corp.*, C.A. No. 03-27-SLR (D. Del.) (the "Cordis case"), which involves a patent at issue in this case, may facilitate a resolution of this case without the need for further litigation. The appeal of the Cordis case is scheduled to be argued before the United States Court of Appeals for the Federal Circuit on December 2, 2008.

HOWREY & SIMON

1        Accordingly, the Parties request a continuance of the telephonic Status

2   Conference of approximately 120 days.

3

4   Dated:  November 12, 2008       By:

5

6                                  Eric J. Moore

7                                  Matthew M. Wolf

8                                  Edward Han

9                                  John Nilsson

10                                Attorneys for Defendants

11                                *Boston Scientific Corporation and*
                                  *Scimed Life Systems, Inc.*

12

13

14   Dated:  November 11, 2008       By:

15

16                                  Thomas C. Mundell

17                                  Mundell, Odlum & Haws, LLP

18                                  Attorneys for Plaintiff

19                                  *G. David Jang, M.D.*

20

21

22

23

24

25

26

27

28