1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| G. DAVID JANG, M.D., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation, and SCIMED LIFE SYSTEMS, INC., a Minnesota Corporation, <br><br> Defendants. | Case No. ED CV 05-00426 VAP SGLx <br><br> **[PROPOSED] ORDER CONTINUING STATUS CONFERENCE DATE TO March 17, 2009** |
| BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation, and SCIMED LIFE SYSTEMS, INC., a Minnesota Corporation, <br><br> Counterclaimants, <br> v. <br><br> G. DAVID JANG, M.D., <br><br> Counterdefendant. | Current <br> Date: November 17, 2008 <br> Time: 1:00 p.m. <br> Courtroom: 2 <br><br> Proposed <br> Date: March 17, 2009 <br> Time: 1:00 p.m. <br> Courtroom: 2 |

HOWREY & SIMON

- 1 -

## ORDER

Upon consideration of the joint stipulation of Plaintiff G. David Jang and Defendants Boston Scientific Corporation and SciMed Life Systems, Inc. (the "Parties") to continue the telephonic Status Conference currently scheduled for November 17, 2008, until March 17, 2009, at 1:00 PM,

IT IS ORDERED:

The telephonic Status Conference currently set for November 17, 2008, is continued and will be held on March 17, 2009, at 01:00 PM. before Judge Virginia A. Phillips.

Dated: _____

———————————————
Hon. Virginia A. Phillips
United States District Judge

HOWREY & SIMON

- 2 -