GIBSON, DUNN & CRUTCHER LLP
Wayne M. Barsky, SBN 116731
Julian W. Poon, SBN 219843
Joshua A. Jessen, SBN 222831
Brenda L. Kleidosty, SBN 234987
Shannon E. Mader, SBN 235271
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
wbarsky@gibsondunn.com
jpoon@gibsondunn.com

MUNDELL, ODLUM & HAWS, LLP
Thomas C. Mundell, SBN 99081
650 E. Hospitality Lane, Suite 470
San Bernardino, CA  92408
Telephone: (909) 890-9500
Facsimile: (909) 890-9580
tmundell@mohlaw.net

Attorneys for Plaintiff,
G. David Jang, M.D.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| G. DAVID JANG, M.D.,<br><br>            Plaintiff,<br><br>     v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation; SCIMED LIFE SYSTEMS, INC., a Minnesota Corporation,<br><br>            Defendants. | Case No. EDCV 05-00426 VAP (CTx)<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

Gibson, Dunn & Crutcher LLP

Plaintiff G. David Jang, M.D. ("Dr. Jang") hereby requests the Court approve the substitution of Thomas C. Mundell of Mundell, Odlum & Haws, LLP as his sole attorney of record in place and stead of Gibson, Dunn & Crutcher LLP ("GD&C") and all GD&C attorneys who have appeared in this action, including Wayne M. Barsky, Michael A. Sitzman, Julian W. Poon, Joshua A. Jessen, Brenda L. Kleidosty, and Shannon E. Mader.

Dated:  December 3, 2008          MUNDELL, ODLUM & HAWS, LLP
                                  Thomas C. Mundell

                                  By: _____/s/_____
                                           Thomas C. Mundell

                                  Attorney for Plaintiff,
                                  G. David Jang, M.D.

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated:  December 3, 2008          GIBSON, DUNN & CRUTCHER LLP
                                  Wayne M. Barsky
                                  Julian W. Poon
                                  Joshua A. Jessen
                                  Brenda L. Kleidosty
                                  Shannon E. Mader

                                  By: _____/s/_____
                                           Joshua A. Jessen

I am duly admitted to practice in this District pursuant to Local Rule 83-2.  I have already appeared in this action on behalf of Dr. Jang.

Dated:  December 3, 2008          MUNDELL, ODLUM, & HAWS, LLP
                                  Thomas C. Mundell


                                  By: _____/s/_____
                                        Thomas C. Mundell, SBN 99081

Gibson, Dunn &
Crutcher LLP

1

Plaintiff G. David Jang, M.D. ("Dr. Jang") hereby requests the Court approve the substitution of Thomas C. Mundell of Mundell, Odlum & Haws, LLP as his sole attorney of record in place and stead of Gibson, Dunn & Crutcher LLP ("GD&C") and all GD&C attorneys who have appeared in this action, including Wayne M. Barsky, Michael A. Sitzman, Julian W. Poon, Joshua A. Jessen, Brenda L. Kleidosty, and Shannon E. Mader.

Dated: December 3, 2008

MUNDELL, ODLUM & HAWS, LLP
Thomas C. Mundell

By: _____
Thomas C. Mundell

Attorney for Plaintiff,
G. David Jang, M.D.

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated: December 3, 2008

GIBSON, DUNN & CRUTCHER LLP
Wayne M. Barsky
Julian W. Poon
Joshua A. Jessen
Brenda L. Kleidosty
Shannon E. Mader

By: _____
Joshua A. Jessen

I am duly admitted to practice in this District pursuant to Local Rule 83-2. I have already appeared in this action on behalf of Dr. Jang.

Dated: December 3, 2008

MUNDELL, ODLUM, & HAWS, LLP
Thomas C. Mundell

By: _____
Thomas C. Mundell, SBN 99081

Gibson, Dunn &
Crutcher LLP

1