GIBSON, DUNN & CRUTCHER LLP
Wayne M. Barsky, SBN 116731
Julian W. Poon, SBN 219843
Joshua A. Jessen, SBN 222831
Brenda L. Kleidosty, SBN 234987
Shannon E. Mader, SBN 235271
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
wbarsky@gibsondunn.com
jpoon@gibsondunn.com

MUNDELL, ODLUM & HAWS, LLP
Thomas C. Mundell, SBN 99081
650 E. Hospitality Lane, Suite 470
San Bernardino, CA  92408
Telephone: (909) 890-9500
Facsimile: (909) 890-9580
tmundell@mohlaw.net

Attorneys for Plaintiff,
G. David Jang, M.D.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| G. DAVID JANG, M.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation; SCIMED LIFE SYSTEMS, INC., a Minnesota Corporation,<br><br>    Defendants. | Case No. EDCV 05-00426 VAP (CTx)<br><br>**[PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

1  The Court hereby orders that the request of Plaintiff G. David Jang, M.D. ("Dr. Jang") to substitute Thomas C. Mundell of Mundell, Odlum & Haws, LLP as his sole attorney of record in place and stead of Gibson, Dunn & Crutcher LLP ("GD&C") and all GD&C attorneys who have appeared in this action, including Wayne M. Barsky, Michael A. Sitzman, Julian W. Poon, Joshua A. Jessen, Brenda L. Kleidosty, and Shannon E. Mader, is hereby GRANTED.

GD&C and all GD&C attorneys who have appeared in this action are hereby withdrawn as counsel of record in this matter.  Thomas C. Mundell of Mundell, Odlum & Haws, LLP is substituted in as Dr. Jang's sole counsel in this matter.

Mr. Mundell's contact information is set forth below:

MUNDELL, ODLUM & HAWS, LLP
Thomas C. Mundell, SBN 99081
650 E. Hospitality Lane, Suite 470
San Bernardino, CA  92408
Telephone: (909) 890-9500
Facsimile: (909) 890-9580
tmundell@mohlaw.net

**IT IS SO ORDERED.**

DATED: _____     _____
                                  Hon. Virginia A. Phillips
                                  United States District Judge