Eric J. Moore (SBN 221995)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: mooree@howrey.com

Matthew M. Wolf (admitted *pro hac vice*)
Edward Han (admitted *pro hac vice*)
John Nilsson (admitted *pro hac vice*)
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
Email: Wolfm@howrey.com
Email: Hane@howrey.com
Email: Nilssonj@howrey.com

Attorneys for Defendants
*Boston Scientific Corporation and
SciMed Life Systems, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| G. DAVID JANG, M.D.<br><br>    Plaintiff,<br><br>    vs.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation, and SCIMED LIFE SYSTEMS, INC., a Minnesota Corporation,<br><br>    Defendants. | Case No. ED CV 05-00426 VAP CTx<br><br>**JOINT STATUS REPORT IN ADVANCE OF MARCH 17, 2009 STATUS CONFERENCE**<br><br>Status Conference: March 17, 2009<br>Time:     1:00 p.m.<br>Dept.:    Courtroom 2 (telephonically)<br>Judge: Honorable Virginia A. Phillips |

## JOINT STATUS REPORT

Pursuant to this Court's November 13, 2008 order, a Joint Status Conference is scheduled to take place on March 17, 2009. In advance thereof, the parties provide this Joint Status Report to inform the Court of the current status of the case.

By way of background, on August 14, 2008, this Court ordered the parties to file a Joint Status Report, which the parties filed on September 26, 2008. On November 12, 2008, the parties requested a continuance of the status conference hearing and informed the Court that the outcome of the appeal in *Cordis Corp. v. Boston Scientific Corp.*, C.A. No. 03-27-SLR (D. Del.), Federal Circuit Court of Appeals Appellate Docket Nos. 08-1003 and 08-1072 (hereinafter "Cordis Appeal"), may resolve the parties' disputes.

Plaintiff Appellant in the Cordis Appeal filed its appeal brief on February 1, 2008. Defendant Cross-Appellant filed its cross appeal on May 12, 2008. The parties filed their reply/response briefs on September 22, 2008 and August 22, 2008 respectively. Oral argument took place on December 2, 2008. Although the Federal Circuit has not yet issued an opinion, the parties expect one in the near future. In addition, the parties continue to believe that the resolution of the Cordis Appeal may go some way toward resolving the remaining disputes in this case.

Although the parties would be pleased to provide additional information at the scheduled March 17, 2009 telephonic status conference, they would not object to the conference being continued for an additional 60 days or so to allow them time to review and discuss the Federal Circuit's impending decision in the Cordis Appeal.

Counsel for Dr. Jang will be in Europe from May 14 through May 24, 2009 and therefore requests that if the status conference is continued it be continued to a date after May 24.

-1-
JOINT STATUS REPORT IN ADVANCE OF MARCH 17, 2009 STATUS CONFERENCE

| | |
|---|---|
| HOWREY LLP<br>Matthew M. Wolf<br>Edward Han<br>John E. Nilsson<br>Eric J. Moore<br><br>By:  /s/ Eric J. Moore<br>Eric J. Moore<br>Attorneys for Defendants Boston Scientific Corporation and Scimed Life Systems, Inc.<br><br>Dated: March 10, 2009 | MUNDELL, ODLUM & HAWS, LLP<br>Thomas C. Mundell<br><br><br><br><br>By: /s/ Thomas C. Mundell<br>Thomas C. Mundell<br>Attorney for Plaintiff, G. David Jang, M.D.<br><br><br>Dated: March 10, 2009 |

-2-
JOINT STATUS REPORT IN ADVANCE OF MARCH 17, 2009 STATUS CONFERENCE