ENTERED JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | EDCV 05-426-VAP(CTx) | Date  June 1, 2009 |

Title    G. DAVID JANG, M.D. -v- BOSTON SCIENTIFIC CORPORATION, a Delaware corporation; SCIMED LIFE SYSTEMS, INC., a Minnesota corporation

Present: The Honorable    VIRGINIA A. PHILLIPS, JUDGE

| Jim Holmes, Relief CRD | Phyllis Preston | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Thomas C. Mundel | Howard Han |
| | John Nillson |

Proceedings:    TELEPHONIC STATUS CONFERENCE  (IN CHAMBERS)

A telephonic status conference was convened in chambers on the record.

For the reasons as stated on the record, the Court ORDERS this matter placed on inactive status, pending notification and/or filing by either side requesting the Court to restore this matter to the active list of pending cases.  The parties are directed to file joint quarterly status reports with this Court as discussed on the record, commencing September 1, 2009.

The deputy clerk is directed to administratively remove this action from the Court's list of active cases pending notification of the parties.

IT IS SO ORDERED.

:         /10

Initials of Preparer    jh

ENTERED JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL