1  Benjamin C. Deming (SBN 233687)
   HOWREY LLP
2  550 South Hope Street, Suite 1100
   Los Angeles, CA 90071
3  Telephone: (213) 892-1800
4  Facsimile: (213) 892-2300
   Email: demingb@howrey.com
5

6  Matthew M. Wolf (admitted *pro hac vice*)
   Edward Han (admitted *pro hac vice*)
7  John Nilsson (admitted *pro hac vice*)
   HOWREY LLP
8  1299 Pennsylvania Avenue, NW
   Washington, DC 20004
9  Telephone: (202) 783-0800
10 Facsimile: (202) 383-6610
   Email: Wolfm@howrey.com
11 Email: Hane@howrey.com
   Email: Nilssonj@howrey.com
12 Attorneys for Defendants
   *Boston Scientific Corporation and*
13 *SciMed Life Systems, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| G. DAVID JANG, M.D., | Case No. ED CV 05-00426 VAP SGLx |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation, and SCIMED LIFE SYSTEMS, INC., a Minnesota Corporation, | |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to this Court's order of June, 11, 2009, and the parties' June 9, 2009 Joint Stipulation to Stay Litigation, Plaintiff D. David Jang, M.D. and Defendants Boston Scientific Corporation and SciMed Life Science Systems, Inc. ("BSC") provide the following joint status report concerning developments in *Cordis Corp. v. Boston Scientific, et al*. C.A. No. 03-27-SLR (D. Del.) ("the *Cordis* Action").

Since June 9, the Federal Circuit has denied BSC's and Cordis's requests for reconsideration and/or rehearing *en banc*. BSC and Cordis have until September 24, 2009 to seek *certiorari*. Presently, the damages phase of the Cordis action is pending before Judge Sue Robinson in the United States District Court for the District of Delaware. No schedule for damages discovery has been set; nor has Judge Robinson scheduled any date for trial of damages issues. The parties have exchanged proposed schedules for damages discovery and are briefing the issue of the proper scope of such discovery.

The parties in this case will submit another joint status report on to the Court on December 1, 2009.

DATED: September 1, 2009

| HOWREY LLP | MUNDELL, ODLUM AND HAWS, LLP |
|---|---|
| /s/ Edward Han | /s/ Thomas Mundell |
| Edward Han<br>Matthew M. Wolf<br>John Nilsson | Thomas Mundell<br><br>Attorneys for Plaintiff<br>*G. David Jang, M.D.* |
| Attorneys for Defendants<br>*Boston Scientific Corporation* and *SciMed Life Science Systems, Inc.* | |