Benjamin C. Deming (SBN 233687)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: demingb@howrey.com

Matthew M. Wolf (admitted *pro hac vice*)
Edward Han (admitted *pro hac vice*)
John Nilsson (admitted *pro hac vice*)
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
Email: Wolfm@howrey.com
Email: Hane@howrey.com
Email: Nilssonj@howrey.com
Attorneys for Defendants
*Boston Scientific Corporation and
SciMed Life Systems, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| G. DAVID JANG, M.D.,<br><br>    Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation, and SCIMED LIFE SYSTEMS, INC., a Minnesota Corporation,<br><br>    Defendants. | Case No. ED CV 05-00426 VAP SGLx<br><br>**JOINT STATUS REPORT** |

**JOINT STATUS REPORT**

Pursuant to the Court's order of June 11, 2009, and the parties' June 9, 2009 Joint Stipulation to Stay Litigation, Plaintiff D. David Jang, M.D., and Defendants Boston Scientific Corporation and SciMed Life Science Systems, Inc. ("BSC") provide the following joint status report concerning developments in *Cordis Corp. v. Boston Scientific, et al.*, C.A. No. 03-27-SLR (D. Del.) ("the *Cordis* action").

The damages phase of the *Cordis* action is presently pending before Judge Sue Robinson in the United States District Court for the District of Delaware.  The parties are currently engaged in damages discovery and Judge Robinson has scheduled the trial of damages issues for early February 2010.

The parties in this case will submit another joint status report on to the Court on March 1, 2010.

DATED: November 30, 2009

HOWREY LLP                                                    MUNDELL, ODLUM AND HAWS, LLP

 _/s/ Edward Han_____              _/s/ Thomas Mundell_____ _____

Edward Han                                                        Thomas Mundell
Matthew M. Wolf
John Nilsson
                                                                      Attorneys for Plaintiff
                                                                      *G. David Jang, M.D.*
Attorneys for Defendants
*Boston Scientific Corporation* and *SciMed Life Science Systems, Inc.*

**JOINT STATUS REPORT**