Nicholas H. Lee (SBN 259588)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: leen@howrey.com

Matthew M. Wolf (admitted *pro hac vice*)
Edward Han (admitted *pro hac vice*)
John Nilsson (admitted *pro hac vice*)
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
Email: Wolfm@howrey.com
Email: Hane@howrey.com
Email: Nilssonj@howrey.com
Attorneys for Defendants
*Boston Scientific Corporation and
SciMed Life Systems, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| G. DAVID JANG, M.D., | Case No. ED CV 05-00426 VAP SGLx |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation, and SCIMED LIFE SYSTEMS, INC., a Minnesota Corporation, | |
| Defendants. | |

**JOINT STATUS REPORT**

1

2

3

4

5

6

7

8

9

    Pursuant to the Court's order of June 11, 2009, and the parties' June 9, 2009 Joint Stipulation to Stay Litigation, Plaintiff D. David Jang, M.D., and Defendants Boston Scientific Corporation and SciMed Life Science Systems, Inc. ("BSC") provide the following joint status report concerning developments in *Cordis Corp. v. Boston Scientific, et al.*, C.A. No. 03-27-SLR (D. Del.) ("the *Cordis* action"). The *Cordis* action was recently settled. The parties in this case are in the process of scheduling a meeting to explore the possibility of a negotiated resolution of any disputes between them, including the present litigation before this Court. The parties will submit another joint status report to the Court on June 1, 2010.

10 DATED: March 1, 2010

11

12 HOWREY LLP           MUNDELL, ODLUM AND HAWS, LLP

13  */s/ Edward Han*         */s/ Thomas Mundell*

14 Edward Han             Thomas Mundell
  Matthew M. Wolf

15 John Nilsson
                    Attorneys for Plaintiff

16                    *G. David Jang, M.D.*
  Attorneys for Defendants

17 *Boston Scientific Corporation* and *SciMed Life Science Systems, Inc.*

18

19

20

21

22

23

24

25

26

27 

28

**JOINT STATUS REPORT**