Nicholas H. Lee (SBN 259588)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: Leen@howrey.com

Matthew M. Wolf (admitted *pro hac vice*)
Edward Han (admitted *pro hac vice*)
John Nilsson (admitted *pro hac vice*)
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
Email: Wolfm@howrey.com
Email: Hane@howrey.com
Email: Nilssonj@howrey.com

Attorneys for Defendants
*Boston Scientific Corporation and
SciMed Life Systems, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| G. DAVID JANG, M.D., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation, and SCIMED LIFE SYSTEMS, INC., a Minnesota Corporation, <br><br> Defendants. | Case No. ED CV 05-00426 VAP SGLx <br><br> **JOINT STATUS REPORT** |

**JOINT STATUS REPORT**

Pursuant to the Court's order of June 11, 2009, and the parties' June 9, 2009 Joint Stipulation to Stay Litigation, Plaintiff D. David Jang, M.D., and Defendants Boston Scientific Corporation and SciMed Life Science Systems, Inc. ("BSC") provide the following joint status report concerning developments in *Cordis Corp. v. Boston Scientific, et al.*, C.A. No. 03-27-SLR (D. Del.) ("the *Cordis* action"). On February 1, 2010 the *Cordis* action was settled. On May 25, 2010, outside counsel for BSC and members of BSC's legal department met with Plaintiff's general counsel and his litigation counsel in order to discuss the possibility of a negotiated resolution of any disputes between them, including the potential resolution of the present litigation and any disputes relating to the *Cordis* action. These discussions proved unsuccessful. On the same date Plaintiff filed a new complaint against BSC in this Court (Civil Action 2:10-CV-03911-ODW –VBK) based on allegations relating to BSC's settlement of the *Cordis* action.

In light of these developments, the Parties have agreed that the Plaintiff will prepare a draft consent order, for Defendants' review and, ultimately, for submission to this Court, conforming to the instructions of the Federal Circuit. Plaintiff's counsel anticipates that he can draft and submit such an order to defendant's counsel within three weeks from today's date.

DATED: June 1, 2010

| | |
|---|---|
| HOWREY LLP | MUNDELL, ODLUM AND HAWS, LLP |
| /s/ Edward Han | /s/ *Thomas C. Mundell* |
| Edward Han<br>Matthew M. Wolf<br>John Nilsson | Thomas C. Mundell<br><br>Attorneys for Plaintiff<br>*G. David Jang, M.D.* |
| Attorneys for Defendants<br>*Boston Scientific Corporation* and *SciMed Life Science Systems, Inc.* | |

-1-
**JOINT STATUS REPORT**