| | |
|---|---|
| 1 | DOUGLAS E. LUMISH (Bar No. 183863) |
|   | dlumish@kasowitz.com |
| 2 | JEFFREY G. HOMRIG (Bar No. 215890) |
|   | jhomrig@kasowitz.com |
| 3 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
|   | 101 California Street, Suite 2300 |
| 4 | San Francisco, California 94111 |
|   | Telephone (415) 421-6140 |
| 5 | Facsimile (415) 398-5030 |
| 6 | THOMAS C. MUNDELL (Bar No. 99081) |
|   | tmundell@mohlaw.net |
| 7 | MUNDELL, ODLUM & HAWS, LLP |
|   | 8300 Utica Avenue, Suite 200 |
| 8 | Rancho Cucamonga, CA 91730 |
|   | Telephone (909) 948-1918 |
| 9 | Facsimile (909) 948-0225 |
| 10 | Attorneys for Plaintiff G. David Jang, M.D. |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. DAVID JANG, M.D., an individual | CASE NO. CV 05-00426 VAP (CTx) |
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| vs. | |
| BOSTON SCIENTIFIC SCIMED, INC., a corporation; and BOSTON SCIENTIFIC CORPORATION, a corporation, | **Hon. Virginia A. Phillips** |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Kasowitz, Benson, Torres & Friedman LLP, 101 California Street, Suite 2300, San Francisco, CA 94111, hereby associates as counsel with Mundell, Odlum & Haws, LLP on behalf of Plaintiff G. David Jang, M.D., in the above-captioned action. All pleadings and other papers served on G. David Jang, M.D. should also be directed to the attention of Douglas E. Lumish at:

1 | Kasowitz, Benson, Torres & Friedman LLP
2 | 101 California Street, Suite 100
3 | San Francisco, CA 94111
4 | Telephone: (415) 655-4351
5 | Facsimile: (415) 398-5030
6 | dlumish@kasowitz.com

7  Dated:     September 8, 2011         Kasowitz, Benson, Torres & Friedman LLP
8

9
10                                      By: */s/ Douglas E. Lumish*
                                            Douglas E. Lumish
11                                          Jeffrey G. Homrig

12                                      Attorneys for Plaintiff G. David Jang, M.D.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28