1  DOUGLAS E. LUMISH (Bar No. 183863)
   dlumish@kasowitz.com
2  JEFFREY G. HOMRIG (Bar No. 215890)
   jhomrig@kasowitz.com
3  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   101 California Street, Suite 2300
4  San Francisco, California 94111
   Telephone (415) 421-6140
5  Facsimile (415) 398-5030

6  THOMAS C. MUNDELL (Bar No. 99081)
   tmundell@mohlaw.net
7  MUNDELL, ODLUM & HAWS, LLP
   8300 Utica Avenue, Suite 200
8  Rancho Cucamonga, CA 91730
   Telephone (909) 948-1918
9  Facsimile (909) 948-0225

10 Attorneys for Plaintiff G. David Jang, M.D.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. DAVID JANG, M.D., an individual<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC SCIMED, INC., a corporation; and BOSTON SCIENTIFIC CORPORATION, a corporation,<br><br>Defendants. | CASE NO. CV 05-00426 VAP (CTx)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>**Hon. Virginia A. Phillips** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Kasowitz, Benson, Torres & Friedman LLP, 101 California Street, Suite 2300, San Francisco, CA 94111, hereby associates as counsel with Mundell, Odlum & Haws, LLP on behalf of Plaintiff G. David Jang, M.D., in the above-captioned action. All pleadings and other papers served on G. David Jang, M.D. should also be directed to the attention of Jeffrey G. Homrig at:

|   |   |   |
|---|---|---|
| 1 | | Kasowitz, Benson, Torres & Friedman LLP |
| 2 | | 101 California Street, Suite 100 |
| 3 | | San Francisco, CA 94111 |
| 4 | | Telephone: (415) 655-4310 |
| 5 | | Facsimile: (415) 398-5030 |
| 6 | | jhomrig@kasowitz.com |

Dated:        September 8, 2011        Kasowitz, Benson, Torres & Friedman LLP

By: /s/ *Jeffrey G. Homrig*
    Jeffrey G. Homrig
    Douglas E. Lumish

Attorneys for Plaintiff G. David Jang, M.D.