# UNITED STATES COURT OF APPEAL FOR THE FEDERAL CIRCUIT
## APPEAL INFORMATION SHEET

_____  United States District Court for the Central District of California

Type of Case: _____

Defendant(s) _____  v. Plaintiff(s): _____

(List all parties.  Use asterisk to indicate dismissed or withdrawn parties.  Use separate sheet if needed.  Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. _____  Date of Judgment _____

Cross or related Appeal _____  Date of Notice of Appeal _____

Appellant is:    Plaintiff(s) _____    Defendant(s) _____    Other: _____

Fees: Court of Appeal Docket Fee Paid $ _____    Billed $ _____

U.S. (Govt) Appeal ( )    Yes _____    No _____

In Forma Pauperis  ( )    Yes _____    No _____    Revoked _____    Pending _____    Never Requested _____

COUNSEL:   (List name, firm, address and telephone number of LEAD counsel for each party.  Use separate sheet if necessary.)

Party: _____                    Party: _____

Counsel: _____                  Counsel: _____

_____                           _____

_____                           _____

_____                           _____

Email: dlumish@kasowitz.com

COURT REPORTER:      Name _____      Telephone _____

**IMPORTANT:**  Attach a copy of opinion or order appealed from.
              Forward together with copy of notice of appeal and certified docket entries.