```
DUPLICATE

Court Name: U.S. District Court
Division: 5
Receipt Number: RS001871
Cashier ID: lmcash
Transaction Date: 09/21/2011
Payer Name: First Legal Services Inc
-------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: First Legal Services Inc
 Case/Party: D-CAC-5-05-CV-0H0426-001
 Amount:         $455.00
-------------------------------------
CHECK
 Remitter: First Legal Services Inc
 Check/Money Order Num: 8611
 Amt Tendered: $455.00
-------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $45.00.
```