UNITED STATES POSTAL SERVICE | First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

US District Court
312 North Spring
LA, CA 90012

RECEIVED
CLERK US DISTRICT COURT
OCT - 3 2011
CENTRAL DISTRICT OF CA
BY

EDO5CV 00426 VAP
Notice of Appeal filed on 9-21-2011
document 276

FILED
CLERK U.S DISTRICT COURT
OCT - 3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Circuit
Court of Appeals
717 Madison Pl. N.W
Washington, DC
20439

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Lee Jones
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
LEE Jones                     9/28/11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7009 2510 0004 3036 7101

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540