Name and address

Benjamin C. Deming
Zuber & Taillieu LLP
37th Floor
777 Figueroa Street
Los Angeles, CA 90017

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. David Jang,<br><br>　　　　　　　　　　　Plaintiff(s)<br>　v.<br>Boston Scientific Corporation et al.,<br><br>　　　　　　　　　　　Defendant(s). | CASE NUMBER<br><br>5:05-cv-00426-VAP-CT<br><br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

Boston Scientific Corporation　　☐ Plaintiff　☑ Defendant　☑ Other  Counter Claimant
_Name of Party_

hereby request the Court approve the substitution of  Nicholas H. Lee
　　　　　　　　　　　　　　　　　　　　　　　　　　　　_New Attorney_
as attorney of record in place and stead of  Benjamin C. Deming
　　　　　　　　　　　　　　　　　　　　　　　　_Present Attorney_

Dated  10/31/11　　　　　　　　　　　　　_[signature: Peter J. Grafner]_
　　　　　　　　　　　　　　　　　　　　_Signature of Party/Authorized Representative of Party_

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  11/3/2011　　　　　　　　　　　　_[signature: Benjamin Deming]_
　　　　　　　　　　　　　　　　　　　　_Signature of Present Attorney_

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  11/3/11　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　_Signature of New Attorney_
　　　　　　　　　　　　　　　　　　　　259588
　　　　　　　　　　　　　　　　　　　　_State Bar Number_

If party requesting to appear Pro Se:

Dated  _____　　_____
　　　　　　　　　　　　　　　　　　　　_Signature of Requesting Party_

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)　　　　　REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Name and address:

Benjamin C. Deming
Zuber & Taillieu LLP
37th Floor
777 Figueroa Street
Los Angeles, CA 90017

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| G. David Jang, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 5:05-cv-00426-VAP-CT |
| v. | |
| Boston Scientific Corporation et al., | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

__Boston Scientific Corporation__   ☐ Plaintiff   ☒ Defendant   ☒ Other __Counter Claimant__
_Name of Party_

to substitute __Nicholas H. Lee__ w

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__777 Figueroa Street, 44th Floor__
_Street Address_

__Los Angeles, CA 90017__          __nicholas.lee@aporter.com__
_City, State, Zip_                  _E-Mail Address_

__(213) 243-4156__     __(213) 243-4199__     __259588__
_Telephone Number_     _Fax Number_          _State Bar Number_

as attorney of record in place and stead of __Benjamin C. Deming__
_Present Attorney_

is hereby   ☐ GRANTED   ☐ DENIED

Dated _____           _____
                                        U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)         ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY