# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G David Jang, MD<br><br>PLAINTIFF(S)<br>v.<br>Boston Scientific Corporation, a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER<br>EDCV 05-00426-VAP<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 11/3/11 | #288 | Defendant Boston Scientific's Request for |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc.   Substitution of Attorney |

**IT IS HEREBY ORDERED:**

- ☑ The document is accepted as filed
- ☐ The document is stricken and counsel is ordered to file an amended or corrected document by  within 24 hours of issuance of this Response  .
- ☐ The hearing date has been rescheduled to _____ at _____
- ☑ Other

  Movant Counsel is requested to send the court the proposed electronic order to chamber's e.mail box at: vap_chambers@cacd.uscourts.gov

Clerk, U.S. District Court

Dated: 11/21/11            By: Jim Holmes, Relief CRD
                                Deputy Clerk   (951-328-4465)

cc: Assigned District Judge and/or Magistrate Judge