| | |
|---|---|
| Nicholas H. Lee (SBN 259588)<br>ARNOLD & PORTER LLP<br>777 S. Figueroa Street, 44th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199<br>Email: nicholas.lee@aporter.com<br><br>Matthew M. Wolf (admitted *pro hac vice*)<br>Edward Han (admitted *pro hac vice*)<br>John Nilsson (admitted *pro hac vice*)<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>Email: matthew.wolf@aporter.com<br>Email: edward.han@aporter.com<br>Email: john.nilsson@aporter.com<br><br>Attorneys for Defendants<br>*Boston Scientific Corporation and SciMed Life Systems, Inc.* | Douglas Lumish (SBN 183863)<br>Jeffrey Homrig (SBN 215890)<br>KASOWITZ BENSON TORRES &<br>FRIEDMAN LLP<br>333 Twin Dolphin Drive Suite 200<br>Redwood Shores, CA 94065<br>Telephone: (650) 453-5170<br>Facsimile: (650) 453-5171<br>Email: dlumish@kasowitz.com<br>Email: jhomrig@kasowitz.com<br><br>Thomas C. Mundell (SBN 99081)<br>MUNDELL ODLUM & HAWS LLP<br>650 E. Hospitality Lane, Suite 470<br>San Bernardino, CA 92408<br>Telephone: (909) 890-9500<br>Facsimile: (909) 890-9580<br>Email: tmundell@mohlaw.net<br><br>Attorneys for Plaintiff<br>*G. David Jang, M.D.* |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| G. DAVID JANG, M.D.,<br><br>    Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC<br>CORPORATION, a Delaware<br>Corporation, and SCIMED LIFE<br>SYSTEMS, INC., a Minnesota<br>Corporation,<br><br>    Defendants. | Case No. ED CV 05-00426 VAP SGLx<br><br>**JOINT STIPULATION TO<br>CONTINUE STATUS CONFERENCE<br>TO DECEMBER 17, 2012** |

**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**

1  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff G. David Jang, M.D. and counsel for Defendants Boston Scientific Corporation and SciMed Life Science Systems, Inc., subject to the Court's approval, that the Status Conference, previously set for November 26, 2012 (Dkt. No. 302), shall take place on December 17, 2012 at 1:30 pm.  Further, the Joint Status Report shall be filed on or before December 10, 2012.

DATED:  November 13, 2012

| ARNOLD & PORTER LLP | MUNDELL, ODLUM AND HAWS, LLP |
|---|---|
| /s/ Nicholas Lee_____ | /s/ Jeffrey G. Homrig_____ |
| Nicholas Lee<br>Edward Han<br>Matthew Wolf<br>John Nilsson | Douglas Lumish<br>Jeffrey Homrig<br>Thomas C. Mundell |
| Attorneys for Defendants<br>*Boston Scientific Corporation* and<br>*SciMed Life Science Systems, Inc.* | Attorneys for Plaintiff<br>*G. David Jang, M.D.* |

-1-
**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**