Brian Martinez (State Bar No. 274210)
Brian.Martinez@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

Matthew Wolf (*pro hac vice*)
Matthew.Wolf@aporter.com
Edward Han (*pro hac vice*)
Ed.Han@aporter.com
John Nilsson (*pro hac vice*)
John.Nilsson@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004-1206
Telephone: 202.942.5000
Facsimile: 202.942.5999

Attorneys for Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

| | |
|---|---|
| G. DAVID JANG, M.D.,<br><br>  Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation, and SCIMED LIFE SYSTEMS, INC., a Minnesota Corporation,<br><br>  Defendants. | Case No. ED CV 05-00426 VAP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PORTIONS OF DR. JANG'S REBUTTAL CLAIM CONSTRUCTION BRIEF AND EXPERT DECLARATION**<br><br>**September 23, 2013 Hearing at 2 p.m.** |

Upon consideration of the Motion to Strike Portions of Dr. Jang's Rebuttal Claim Construction Brief and Expert Declaration filed by Defendants Boston Scientific Corporation and Scimed Life Systems, Inc. ("BSC"), BSC's supporting memorandum of points and authorities, and the arguments presented by the parties in connection with the motion, the Court hereby GRANTS BSC's Motion and ORDERS as follows:

Mr. Lee's Expert Declaration is stricken in its entirety, as well as those portions of Dr. Jang's Rebuttal *Markman* Brief identified below. [Alternatively] The Court strikes the following portions of Mr. Lee's Declaration and Dr. Jang's Rebuttal *Markman* Brief.

| Dr. Jang rebuttal document | Argument And Evidence Stricken |
|---|---|
| Expert Declaration of Michael Lee (Dkt. 365, 369) | ¶¶: 35-37, 43-51, 53-56, 61-64, 66, 69-76, 78-83 |
| Exhibits to the Declaration of Michael Lee | Dkt. Nos.: 369-1, 369-2, 369-3, 369-7, 369-8, 369-9 |
| Rebuttal Markman Brief (Dkt. 363, 367) | Page and line numbers: 11:6-14:21, 16:5-18:1, 21:22-22:15, 24:11-25:9. |

IT IS SO ORDERED.

Dated: _____

_____
 Virginia A. Phillips
UNITED STATES DISTRICT JUDGE