Brian Martinez (State Bar No. 274210)
Brian.Martinez@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

Matthew Wolf (*pro hac vice*)
Matthew.Wolf@aporter.com
Edward Han (*pro hac vice*)
Ed.Han@aporter.com
John Nilsson (*pro hac vice*)
John.Nilsson@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004-1206
Telephone: 202.942.5000
Facsimile: 202.942.5999

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| G. DAVID JANG, M.D.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation, and SCIMED LIFE SYSTEMS, INC., a Minnesota Corporation,<br><br>　　　　　Defendants. | Case No. ED CV 05-00426 VAP<br><br>**DECLARATION OF BRIAN MARTINEZ IN SUPPORT OF DEFENDANTS'** ***EX PARTE*** **APPLICATION TO SHORTEN THE SCHEDULE FOR HEARING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S EXPERT DECLARATION ON CLAIM CONSTRUCTION AND PORTIONS OF PLAINTIFF'S REBUTTAL BRIEF** |

64054724v1

I, Brian Martinez, declare as follows:

1. I am counsel of record for Defendants Boston Scientific Corporation and Scimed Life Sciences, Inc. ("BSC"). I make this declaration in support of Defendants' *Ex Parte* Application, filed concurrently herewith. I have personal knowledge of the facts stated herein.

2. Pursuant to Local Rule 7-19 and this Court's Standing Order, BSC gave notice of this application to counsel for Dr. Jang orally and via email. Plaintiff's counsel indicated that Plaintiff will oppose BSC's application. In addition, BSC notified Plaintiff's counsel that any opposition to BSC's *ex parte* application is due no later than twenty-four hours after facsimile service of the application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 20, 2013

By: /s/ *Brian Martinez*
Brian Martinez

Brian.Martinez@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199