Brian Martinez (State Bar No. 274210)
Brian.Martinez@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

Matthew Wolf (*pro hac vice*)
Matthew.Wolf@aporter.com
Edward Han (*pro hac vice*)
Ed.Han@aporter.com
John Nilsson (*pro hac vice*)
John.Nilsson@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004-1206
Telephone: 202.942.5000
Facsimile: 202.942.5999

Attorneys for Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

| | |
|---|---|
| G. DAVID JANG, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation, and SCIMED LIFE SYSTEMS, INC., a Minnesota Corporation, <br><br> Defendants. | Case No. ED CV 05-00426 VAP <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO SHORTEN THE SCHEDULE FOR HEARING DEFENDANTS' MOTION TO STRIKE PORTIONS OF DR. JANG'S REBUTTAL CLAIM CONSTRUCTION BRIEF AND EXPERT DECLARATION** |

1  The Court having received, read, and considered the *ex parte* application of Defendants Boston Scientific Corporation and Scimed Life Systems, Inc. ("BSC"), and the response of Plaintiff, and all other papers filed in connection with BSC's *ex parte* application;

For good cause shown:

GRANTS BSC's *ex parte* application and orders as follows:

The schedule for hearing BSC's motion to strike shall be as follows:

1. Opposition is to be filed by Dr. Jang on or before August 27, 2013;
2. Reply, if any, is to be filed by BSC on or before September 3, 2013;
3. BSC's motion to strike to be heard, if necessary, on September 9, 2013 at 2 pm, prior to the *Markman* hearing.

IT IS SO ORDERED.

Dated: _____

_____
 Virginia A. Phillips
UNITED STATES DISTRICT JUDGE