| | |
|---|---|
| 1 | Brian Martinez (State Bar No. 274210) |
| 2 | Brian.Martinez@aporter.com |
|  | ARNOLD & PORTER LLP |
| 3 | 777 South Figueroa Street, Forty-Fourth Floor |
| 4 | Los Angeles, California 90017-5844 |
|  | Telephone: 213.243.4000 |
| 5 | Facsimile: 213.243.4199 |
| 6 |  |
|  | Matthew Wolf (*pro hac vice*) |
| 7 | Matthew.Wolf@aporter.com |
| 8 | Edward Han (*pro hac vice*) |
|  | Ed.Han@aporter.com |
| 9 | John Nilsson (*pro hac vice*) |
| 10 | John.Nilsson@aporter.com |
|  | ARNOLD & PORTER LLP |
| 11 | 555 Twelfth Street NW |
| 12 | Washington, DC 20004-1206 |
|  | Telephone: 202.942.5000 |
| 13 | Facsimile: 202.942.5999 |
| 14 |  |
|  | Attorneys for Defendants |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

| | |
|---|---|
| G. DAVID JANG, M.D., | Case No. ED CV 05-00426 VAP |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF DOCKET ENTRY 371 DEFENDANTS' *EX PARTE* APPLICATION TO SHORTEN THE SCHEDULE FOR HEARING DEFENDANTS' MOTION TO STRIKE PORTIONS OF DR. JANG'S REBUTTAL CLAIM CONSTRUCTION BRIEF AND EXPERT DECLARATION** |
| vs. |  |
| BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation, and SCIMED LIFE SYSTEMS, INC., a Minnesota Corporation, |  |
| Defendants. |  |

Defendants' Boston Scientific Corporation and Boston Scientific Scimed, Inc. (collectively, "BSC") respectfully request the withdrawal of docket entry 371, Defendants' *Ex Parte* Application to Shorten The Schedule for Hearing Defendants' Motion to Strike Portions of Dr. Jang's Rebuttal Claim Construction Brief and Expert Declaration due to inadvertent selection of incorrect Event code. Defendants' *ex parte* application will be resubmitted using the correct Event code.

.

Dated: August 20, 2013    By: /s/ *Brian Martinez*
Brian Martinez (State Bar No. 274210)
Brian.Martinez@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

Matthew Wolf (*pro hac vice*)
Matthew.Wolf@aporter.com
Edward Han (*pro hac vice*)
Ed.Han@aporter.com
John Nilsson (*pro hac vice*)
John.Nilsson@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004-1206
Telephone: 202.942.5000
Facsimile: 202.942.5999

*Attorneys for Defendants*
*Boston Scientific Corporation and*
*Scimed Life Systems, Inc.*