| | |
|---|---|
| 1 | Brian Martinez (State Bar No. 274210) |
| 2 | Brian.Martinez@aporter.com |
|   | ARNOLD & PORTER LLP |
| 3 | 777 South Figueroa Street, Forty-Fourth Floor |
| 4 | Los Angeles, California 90017-5844 |
|   | Telephone: 213.243.4000 |
| 5 | Facsimile: 213.243.4199 |
| 6 | |
| 7 | Matthew Wolf (*pro hac vice*) |
|   | Matthew.Wolf@aporter.com |
| 8 | Edward Han (*pro hac vice*) |
|   | Ed.Han@aporter.com |
| 9 | John Nilsson (*pro hac vice*) |
| 10 | John.Nilsson@aporter.com |
|    | ARNOLD & PORTER LLP |
| 11 | 555 Twelfth Street NW |
| 12 | Washington, DC 20004-1206 |
|    | Telephone: 202.942.5000 |
| 13 | Facsimile: 202.942.5999 |
| 14 | |
| 15 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

| | | |
|---|---|---|
| G. DAVID JANG, M.D., | | Case No. ED CV 05-00426 VAP |
| | Plaintiff, | |
| | | **[PROPOSED] ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION TO SHORTEN THE SCHEDULE FOR HEARING DEFENDANTS' MOTION TO STRIKE PORTIONS OF DR. JANG'S REBUTTAL CLAIM CONSTRUCTION BRIEF AND EXPERT DECLARATION** |
| | vs. | |
| BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation, and SCIMED LIFE SYSTEMS, INC., a Minnesota Corporation, | | |
| | Defendants. | |

1  The Court having received, read, and considered the *ex parte* application of
2  Defendants Boston Scientific Corporation and Scimed Life Systems, Inc. ("BSC"),
3  and the response of Plaintiff, and all other papers filed in connection with BSC's *ex*
4  *parte* application;

5  For good cause shown:

6  GRANTS BSC's *ex parte* application and orders as follows:

7  The schedule for hearing BSC's motion to strike shall be as follows:

8    1. Opposition is to be filed by Dr. Jang on or before August 27,
9       2013;

10   2. Reply, if any, is to be filed by BSC on or before September 3,
11      2013;

12   3. BSC's motion to strike to be heard, if necessary, on September 9,
13      2013 at 2 pm, prior to the *Markman* hearing.

14  IT IS SO ORDERED.

16  Dated: _____

18  Virginia A. Phillips
    UNITED STATES DISTRICT JUDGE

- 1 -