UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 05-00426 VAP (MRWx) | Date | October 16, 2013 |
|---|---|---|---|
| Title | G David Jang MD v. Boston Scientific Corporation, et al. | | |

| Present: The Honorable | VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE |
|---|---|

| Marva Dillard | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey Toney | Matthew Wolf |
| Uttum Dubal | Brian Martinez |
| James Odlum | John Nilsson |
| Jonathan Waldrop | |
| Norman Minnear | |

**Proceedings:** 1. Markman Hearing (ECF 321); 2. Defendants Boston Scientific Corp.'s and Scimed Life Systems, Inc.'s Motion to Strike Plaintiff's Exert Declaration on Claim Construction and Portions of Plaintiff's Rebuttal Brief (ECF 370)

Court issues tentative rulings.

Plaintiff's expert witness(es), present and available to testify if called.

Defendant's expert witness, Dr. Moore, present and available to testify by videoconferencing, if called.

The Court hears oral argument.

For purposes of this hearing, the expert witnesses for both sides will not be called to testify. The parties agree that their expert witnesses may be excused. SO ORDERED.

The Court takes the matters under submission.

Court and counsel confer whether the parties are in agreement to have another settlement conference. The parties indicate their willingness to have a further settlement conference, with a private mediator, that is agreed upon by the parties. The settlement conference shall be conducted no later than early January, 2014. The parties shall file a joint report no later than 10 days after the settlement conference regarding the progress of mediation.

| | 1 hr | : | - |
|---|---|---|---|
| Initials of Preparer | | md | |