Brian Martinez (State Bar No. 274210)
Brian.Martinez@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

Matthew Wolf (*pro hac vice*)
Matthew.Wolf@aporter.com
Edward Han (*pro hac vice*)
Ed.Han@aporter.com
John Nilsson (*pro hac vice*)
John.Nilsson@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004-1206
Telephone: 202.942.5000
Facsimile: 202.942.5999

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| G. DAVID JANG, M.D.,<br>        Plaintiff,<br><br>    vs.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation, and SCIMED LIFE SYSTEMS, INC., a Minnesota Corporation,<br>        Defendants. | Case No. ED CV 05-00426-VAP-MRW<br><br>**DECLARATION OF BRIAN MARTINEZ IN SUPPORT OF BSC'S MOTION FOR LEAVE TO AMEND ITS ANSWER** |

I, Brian Martinez, declare as follows:

1. I am counsel of record for Defendants Boston Scientific Corporation and Scimed Life Systems, Inc. ("BSC"). I make this declaration in support of BSC's Motion for Leave to Amend its Answer, filed concurrently herewith. I have personal knowledge of the facts stated herein.

2. Attached as Exhibit A is a copy of BSC's proposed amended answer.

3. Attached as Exhibit B is a copy of an October 8, 2013 email from BSC's counsel to Plaintiff's counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 28, 2013

By: /s/ *Brian Martinez*
 Brian Martinez

Brian.Martinez@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199