Exhibit B

**Martinez, Brian**

| | |
|---|---|
| **From:** | Martinez, Brian |
| **Sent:** | Tuesday, October 08, 2013 9:40 AM |
| **To:** | Uttam G. Dubal; Norman (Jack) Minnear; Jim Odlum; Jang-Boston Scientific |
| **Cc:** | Wolf, Matthew M.; Nilsson, John E.; Han, Edward; Zogg, Sara P. |
| **Subject:** | RE: Jang/BSC (C.D. Cal.) - M&C Conference |

Jack/Uttam,

I write to circle back with you following our meet and confer on October 4 regarding BSC's filing of a motion for leave to amend to assert invalidity of the asserted claims.  First, regarding your concern that it may be premature for BSC to seek leave at this point since the Court has not yet adopted Dr. Jang's constructions with respect to the "connecting strut" limitations, BSC will refrain from seeking leave at this stage to the extent Dr. Jang agrees to allow BSC to amend should the Court adopt any of Dr. Jang's constructions with respect to the "connecting strut" limitations.  During our meet and confer you indicated Dr. Jang would consider such an agreement depending on other details, which details we believe are addressed herein.  Therefore, please let us know by COB Wednesday whether, together with the additional details you requested during the meet and confer that are provided herein, Dr. Jang will agree to such amendment after the Court's *Markman* ruling.  Second, after I disclosed the three anticipatory references to you that BSC will assert, you asked whether BSC will assert invalidity under Section 103 as well.  BSC does not intend to assert invalidity under 103.  Third, you requested that BSC provide you with a discovery proposal for invalidity.  BSC proposes first to amend any relevant discovery responses to identify the manner in which the references in question disclose the elements of the asserted claims.  BSC also proposes that as part of expert discovery, BSC will provide an opening report on November 15 regarding invalidity to which Dr. Jang can respond in his rebuttal report on December 13.  Please let us know your position or whether Dr. Jang would like to suggest a counterproposal by COB Wednesday.

Best,

Brian

---

Brian Martinez

Arnold & Porter LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA  90017-5844

Telephone: +1 213.243.4242
Brian.Martinez@aporter.com
www.arnoldporter.com

From: Uttam G. Dubal [mailto:udubal@kasowitz.com]
Sent: Friday, October 04, 2013 10:18 AM
To: Martinez, Brian; Norman (Jack) Minnear; Jim Odlum; Jang-Boston Scientific
Cc: Wolf, Matthew M.; Nilsson, John E.; Han, Edward; Zogg, Sara P.
Subject: RE: Jang/BSC (C.D. Cal.) - M&C Conference

Brian,

We are available to meet today between 12:30pm and 2pm Pacific.  Please circulate a dial-in if you're available.

Best,
Uttam

Uttam G. Dubal
Kasowitz, Benson, Torres & Friedman LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel. (650) 453-5428
Fax (650) 362-9302
udubal@kasowitz.com

From: Martinez, Brian [mailto:Brian.Martinez@APORTER.COM]
Sent: Thursday, October 03, 2013 9:22 AM
To: Norman (Jack) Minnear; Uttam G. Dubal; 'Jim Odlum'; Jang-Boston Scientific
Cc: Wolf, Matthew M.; Nilsson, John E.; Han, Edward; Zogg, Sara P.
Subject: RE: Jang/BSC (C.D. Cal.) - M&C Conference

Counsel,

We have not heard from you regarding your availability to meet and confer regarding BSC amending its answer.  Please let us know when you are available to meet and confer this week.  If we do not hear from you, BSC will need to proceed with filing a motion for leave and will indicate in that motion that Dr. Jang did not respond to requests to confer.

Thanks,

Brian

_____

Brian Martinez

Arnold & Porter LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA  90017-5844

Telephone: +1 213.243.4242
Brian.Martinez@aporter.com
www.arnoldporter.com

From: Martinez, Brian
Sent: Monday, September 30, 2013 12:54 PM
To: jminnear@kasowitz.com; Uttam G. Dubal; Jim Odlum; Jang-Boston Scientific
Cc: Wolf, Matthew M.; Nilsson, John E.; Han, Edward; Zogg, Sara P.
Subject: Jang/BSC (C.D. Cal.) - M&C Conference

Jack/Uttam,

Please let me know when either you or one of your colleagues are available to meet and confer today or tomorrow regarding a motion BSC intends to file to the extent an agreement between the parties cannot be worked out.  The substance of the motion is a motion for leave to amend to clean up the pleadings to specifically plead invalidity of the asserted claims to the extent the Court agrees with Dr. Jang on claim construction issues.  I am available anytime today.

Best,

Brian

Brian Martinez

Arnold & Porter LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA  90017-5844

Telephone: +1 213.243.4242
Brian.Martinez@aporter.com
www.arnoldporter.com

U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

------------------------------------------------------------------
For more information about Arnold & Porter LLP, click here :
http://www.arnoldporter.com
This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.