UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| G. DAVID JANG, M.D.,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation, and SCIMED LIFE SYSTEMS, INC., a Minnesota Corporation,<br><br>　　　　　　　Defendants. | Case No. ED CV 05-00426 VAP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO AMEND THEIR ANSWER**<br><br>Hon. Virginia A. Phillips |

1  Upon consideration of the Motion to Amend filed by Defendants Boston
2  Scientific Corporation and Scimed Life Systems, Inc. ("BSC"), BSC's supporting
3  memorandum of points and authorities, and the arguments presented by the parties in
4  connection with the motion, the Court hereby GRANTS BSC's Motion to amend its
5  answer to Plaintiff's First Amended Complaint, and assert its counterclaim for
6  declaratory judgment of invalidity.

8  IT IS SO ORDERED.

11  Dated: _____

13     Hon. Virginia A. Phillips
    UNITED STATES DISTRICT JUDGE

- 1 -