Brian Martinez (State Bar No. 274210)
Brian.Martinez@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

Matthew Wolf (*pro hac vice*)
Matthew.Wolf@aporter.com
Edward Han (*pro hac vice*)
Ed.Han@aporter.com
John Nilsson (*pro hac vice*)
John.Nilsson@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004-1206
Telephone: 202.942.5000
Facsimile: 202.942.5999

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| G. DAVID JANG, M.D.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation, and SCIMED LIFE SYSTEMS, INC., a Minnesota Corporation,<br><br>　　　　　Defendants. | Case No. ED CV 05-00426-VAP-MRW<br><br>**DEFENDANTS BOSTON SCIENTIFIC CORP.'S AND SCIMED LIFE SYSTEMS, INC.'S NOTICE OF PTO ORDERS GRANTING REQUESTS FOR *EX PARTE* REEXAMINATION OF THE '021 AND '743 PATENTS** |

1  Defendants Boston Scientific Corporation and Scimed Life Systems, Inc.
2  (collectively, "BSC") respectfully submit this Notice:
3  BSC submits this Notice to inform the Court and the parties that, on October
4  31, 2013, the USPTO entered Orders granting BSC's requests for *ex parte*
5  reexamination of U.S. Patent No. 5,922,021 ("the '021 patent") and U.S. Patent No.
6  5,954,743 ("the '743 patent"). *See* Dkt. 387. BSC filed requests for *ex parte*
7  reexamination of Claims 1, 6, 7, 8, and 17 of the '021 patent and claims 1, 10, 11, 13,
8  and 16-20 of the '743 patent. As BSC has made plain throughout the claim
9  construction proceedings in this case, BSC believes that -- under the constructions
10 asserted by Dr. Jang -- the claims would cover the prior art and thus would be
11 invalid. In its requests to the Patent Office, BSC has applied Dr. Jang's constructions
12 to three prior art references (U.S. Patent No. 6,203,569 ("Wijay"), U.S. Patent No.
13 6,818,014 ("Brown"), and U.S. Patent No. 5,514,154 ("Lau")) and explained how the
14 claims, so construed, cover those references. The USPTO has since granted BSC's
15 requests and BSC hereby attaches Bates-numbered copies of the USPTO's Orders
16 granting BSC's requests for *ex parte* reexamination for the Court's reference.
17 (Exhibits A and B filed herewith.)

| | |
|---|---|
| Dated: November 7, 2013 | By: /s/ *Brian Martinez* |
| | Brian Martinez (State Bar No. 274210) |
| | Brian.Martinez@aporter.com |
| | ARNOLD & PORTER LLP |
| | 777 South Figueroa Street |
| | Los Angeles, California 90017-5844 |
| | Telephone: 213.243.4000 |
| | Facsimile: 213.243.4199 |
| | |
| | Matthew Wolf (*pro hac vice*) |
| | Matthew.Wolf@aporter.com |
| | Edward Han (*pro hac vice*) |
| | Ed.Han@aporter.com |
| | John Nilsson (*pro hac vice*) |
| | John.Nilsson@aporter.com |
| | ARNOLD & PORTER LLP |
| | 555 Twelfth Street NW |
| | Washington, DC 20004-1206 |
| | Telephone: 202.942.5000 |
| | Facsimile: 202.942.5999 |
| | |
| | *Attorneys for Defendants* |
| | *Boston Scientific Corporation and* |
| | *Scimed Life Systems, Inc.* |