Exhibit 2

# ARNOLD & PORTER LLP

**Brian Martinez**
Brian.Martinez@aporter.com

+1 213.243.4242
+1 213.243.4199 Fax

777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844

November 5, 2013

**VIA E-MAIL [LISTED BELOW]**

Counsel for Dr. G. David Jang (listed below)
Kasowitz, Benson, Torres & Friedman LLP

Re:     *Jang v. Boston Scientific Corp*., Case No. 5:5-cv-0426-VAP-MRW-
Production of USPTO's Orders Granting *Ex Parte* Reexamination
Requests of '021 and '743 Patents

Dear Counsel:

Through this letter Defendants Boston Scientific Corporation and Scimed Life Systems, Inc. ("BSC") produce the attached USPTO Orders granting *ex parte* reexamination of Claims 1, 6, 7, 8, and 17 of the '021 patent (BSC_280589-BSC_280610), and claims 1, 10, 11, 13, and 16-20 of the '743 patent (BSC_280611-BSC_280631).  For ease of use in these proceedings, BSC is also producing Bates-numbered copies of the reexamination requests that were produced to you on November 1, 2013 (BSC_280456-BSC_280588).

Sincerely,

/s/ *Brian Martinez*
Brian Martinez

Attachments

## ARNOLD & PORTER LLP

November 5, 2013
Page 2

### PROOF OF SERVICE

     I declare that I am with the law firm Arnold & Porter LLP, I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on November 5, 2013, a copy of the foregoing was served:

**BY ELECTRONIC SERVICE --** by electronically mailing a true and correct copy through the firm's electronic mail system to the email address(es) set forth in the service list below.

N.E.B. "JACK" MINNEAR
jminnear@kasowitz.com
JED I. BERGMAN
jbergman@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019

JEFFREY J. TONEY
jtoney@kasowitz.com
JONATHAN K. WALDROP
jwaldrop@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1349 West Peachtree Street, N.W., Suite 1500
Atlanta, GA 30309

UTTAM G. DUBAL
udubal@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065

JAMES A. ODLUM (State Bar No. 109766)
jodlum@mohlaw.com
MUNDELL, ODLUM & HAWS, LLP
650 East Hospitality Lane, Suite 470
San Bernardino, CA 92408
Tel: (909) 890-9500; Fax: (909) 890-9580

# ARNOLD & PORTER LLP

November 5, 2013
Page 3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 5, 2013.

_/s/ John Fitzpatrick_

John Fitzpatrick