# Exhibit 3

```
 1                 UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3                EASTERN DIVISION - RIVERSIDE

 4

 5   G. DAVID JANG, M.D.,              )

                                       )

 6                 Plaintiff,          )

                                       )

 7       vs.                           ) Case No. ED CV

                                       ) 05-00426 VAP (MRWx)

 8   BOSTON SCIENTIFIC CORPORATION,    )

     a Delaware Corporation, and       )

 9   SCIMED LIFE SYSTEMS, INC., a      )

     Minnesota Corporation,            )

10                                     )

                   Defendants.         )

11   _____)

12

13                      - - -

14                November 21, 2013

15                      - - -

16        Videotaped Deposition of G. David Jang, M.D.,

17   VOLUME III, held at 650 East Hospitality Lane,

18   Suite 470, San Bernardino, California, commencing at

19   9:13 a.m., on the above date, before Kimberly S. Thrall,

20   a Registered Professional Reporter and Certified

21   Shorthand Reporter.

22

23

24              Golkow Technologies, Inc.

            877.370.3377 ph | 917.591.5672 fax

25                 deps@golkow.com
```

G. David Jang, M.D.

```
 1   FOR PLAINTIFFS:
 2     KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
       BY:  JEFFREY J. TONEY, ESQ.
 3     1349 West Peachtree Street, N.W.
       Suite 1500
 4     Atlanta, Georgia 30309
       (404) 260-6080
 5     jtoney@kasowitz.com
 6
       KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
 7     BY:  UTTAM G. DUBAL, ESQ.
       333 Twin Dolphin Drive
 8     Suite 200
       Redwood Shores, California 94065
 9     (650) 453-5428
       udubal@kasowitz.com
10
11   FOR DEFENDANTS:
12     ARNOLD & PORTER LLP
       BY:  JOHN E. NILSSON, ESQ.
13     555 Twelfth Street, N.W.
       Washington, D.C. 20004-1206
14     (202) 942-5776
       John.Nilsson@aporter.com
15
       ARNOLD & PORTER LLP
16     BY:  BRIAN MARTINEZ, ESQ.
       777 South Figueroa Street
17     44th Floor
       Los Angeles, California 90017-5844
18     (213) 243-4242
       Brian.Martinez@aporter.com
19
20   ALSO PRESENT:
21     David Kim, Videographer
22
23
24
25
```

G. David Jang, M.D.

```
 1      A.    Yes.  I'm sorry.

 2      Q.    No.  It's my fault.

 3      A.    Yeah.  I'm sorry.

 4      Q.    It's my fault.  I apologize.

 5            The Court has said a connecting strut is a

 6   strut that connects expansion columns, and you can see

 7   that on page 25.

 8      A.    Yes.

 9      Q.    So why is it that we can't say that there is a

10   strut that connects expansion column on the left and

11   expansion column on the far right in Figure 11 of Lau?

12      A.    On what basis?

13      Q.    Just on the basis of being able to draw a line

14   from this portion of the expansion column on the left

15   and this portion on the expansion column on the right.

16   You can draw a continuous line between them, correct?

17      A.    Based on what?

18      Q.    Based on the disclosure in Lau.

19      A.    Well, that's Lau.  It's -- it has nothing to do

20   with '021 patent.

21      Q.    Are you aware that the Patent Office has

22   granted reexamination of certain claims of the '021

23   patent and the '743 patent, including Claim 1 of the

24   '021 patent?

25      A.    So?  They didn't make any decision.
```