Exhibit 4

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/013,018 | 10/08/2013 | 5922021 | P34088US00 | 4539 |

28381        7590        11/21/2013
ARNOLD & PORTER LLP
ATTN: IP DOCKETING DEPT.
555 TWELFTH STREET, N.W.
WASHINGTON, DC 20004-1206

| EXAMINER |
|---|
| CLARK, JEANNE MARIE |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3993 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 11/21/2013 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

| **Office Action in Ex Parte Reexamination** | **Control No.**<br>90/013,018 | **Patent Under Reexamination**<br>5922021 |
|---|---|---|
| | **Examiner**<br>JEANNE M. CLARK | **Art Unit**<br>3993 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a.☒ Responsive to the communication(s) filed on <u>04 November 2013</u> .        b.☐ This action is made FINAL.

c.☐ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire <u>2</u> month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1.  ☐  Notice of References Cited by Examiner, PTO-892.        3.  ☐  Interview Summary, PTO-474.

2.  ☐  Information Disclosure Statement, PTO/SB/08.    4.    ☐ _____ .

Part II    SUMMARY OF ACTION

1a.  ☒  Claims <u>1,6-8 and 17</u> are subject to reexamination.

1b.  ☒  Claims <u>2-5,9-16 and 18-85</u> are not subject to reexamination.

2.   ☐  Claims _____ have been canceled in the present reexamination proceeding.

3.   ☐  Claims _____ are patentable and/or confirmed.

4.   ☒  Claims <u>1,6-8 and 17</u> are rejected.

5.   ☐  Claims _____ are objected to.

6.   ☐  The drawings, filed on _____ are acceptable.

7.   ☐  The proposed drawing correction, filed on _____ has been  (7a)☐  approved  (7b)☐  disapproved.

8.   ☐  Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).

   a)☐ All   b)☐ Some*  c)☐ None      of the certified copies have

   1☐  been received.

   2☐  not been received.

   3☐  been filed in Application No. _____ .

   4☐  been filed in reexamination Control No. _____ .

   5☐  been received by the International Bureau in PCT application No. _____ .

   * See the attached detailed Office action for a list of the certified copies not received.

9.   ☐  Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D. 11, 453 O.G. 213.

10.  ☒  Other: *Claims 23 & 24 were cancelled in reexamination certificate no. 5,922,021 C1, issued April 17, 2012*

cc: Requester (if third party requester)
U.S. Patent and Trademark Office
PTOL-466 (Rev. 08-06)                    Office Action in Ex Parte Reexamination                    Part of Paper No. 20131118

Application/Control Number: 90/013,018                                       Page 2
Art Unit: 3993

## DETAILED ACTION

### *Reexamination Procedures*

Patent owner's counsel waived the right to file a patent owner statement under 35 USC 304 (see the communication dated November 4, 2013), and as reexamination has been ordered, the issuance of this Office action at this time is appropriate.

In order to ensure full consideration of any amendments, affidavits or declarations, or other documents as evidence of patentability, such documents must be submitted in response to this Office action. Submissions after the next Office action, which is intended to be a final action, will be governed by the requirements of 37 C.F.R. 1.116, after final rejection and 37 C.F.R. 41.33 after appeal, which will be strictly enforced.

Extensions of time under 37 C.F.R. 1.136(a) will not be permitted in these proceedings because the provisions of 37 C.F.R. 1.136 apply only to "an applicant" and not to parties in a reexamination proceeding. Additionally, 35 U.S.C. § 305 requires that reexamination proceedings "will be conducted with special dispatch" (37 C.F.R. 1.550(a)). Extension of time in *ex parte* reexamination proceedings are provided for in 37 C.F.R. 1.550(c).

The patent owner is reminded of the continuing responsibility under 37 C.F.R. 1.565(a) to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving the patent, throughout the course of this reexamination proceeding. See MPEP §§ 2207, 2282 and 2286.

In any reexamination proceeding under this chapter, the patent owner will be permitted to propose any amendment to his patent and a new claim or claims thereto, in order to distinguish the invention as claimed from the prior art cited under the provisions of section 301 of this title,

Application/Control Number: 90/013,018                                                Page 3
Art Unit: 3993

or in response to a decision adverse to the patentability of a claim of a patent. See 35 U.S.C.

305. For this reason, patent owner is notified that *any* amendment to a claim not involved in the

reexamination proceeding may not be entered, and if entered, will bring that claim into the

reexamination proceeding. See 37 CFR 1.104.

Patent owner is notified that any proposed amendment to the specification and/or claims

in this reexamination proceeding must comply with 37 C.F.R. 1.530(d)-(j), must be formally

presented pursuant to 37 C.F.R. 1.52(a) and (b), and must contain any fees required by 37 C.F.R.

1.20(c). Also, in accordance with 37 CFR 1.530(e), each claim amendment must be

accompanied by an explanation of the support in the disclosure of the patent for the amendment

(i.e., support for the changes made in the claim(s), support for any insertions and deletions). See

MPEP § 2250(IV) for examples to assist in the preparation of proper proposed amendments in

reexamination proceedings.


### Summary of the Proceeding to Date

Patent owner filed a request for reexamination of claims 1, 6-8, and 17 of U.S. Patent No.

5,922, 021 ("the '021 patent") based upon the following proposed rejections supported by

substantial new questions of patentability (SNQs):

1. Claims 1, 6-8, and 17 are unpatentable over U.S. Patent No. 6,203,569 to Wijay
   ("Wijay").
2. Claims 1, 6-8, and 17 are unpatentable over U.S. Patent No. 6,818,014 to Brown
   et al. ("Brown").
3. Claims 1, 6-8, and 17 are unpatentable over U.S. Patent No. 5,514,154 to Lau et
   al. ("Lau").

An order granting reexamination, based on substantial new question of patentability raised by

Wijay, Brown, and Lau for claims 1, 6-8, and 17 of the '021 patent, was mailed on October 31,

Application/Control Number: 90/013,018                                   Page 4

Art Unit: 3993

2013.  As discussed above, the patent owner waived the right to file a statement under 37 CFR

1.530.

## Grounds of Rejection

The following grounds of rejection are set forth:

### Claim Rejections - 35 USC § 102

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(e) the invention was described in (1) an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an application filed in the United States only if the international application designated the United States and was published under Article 21(2) of such treaty in the English language.

1.   Claims 1, 6-8, and 17 are rejected under 35 U.S.C. 102(e) as anticipated by U.S. Patent No.

6,203,569 to Wijay ("Wijay").

**In regard to claim 1,** Wijay teaches a stent in a non-expanded state comprising:

a first expansion strut pair including a first expansion strut 10a adjacent to a second

expansion strut 10b and a joining strut 10c (e.g., bends 12,14 in Wijay) that couples the first

and second expansion struts at a distal end, a plurality of the first expansion pair forming a

first expansion column;

a second expansion strut pair including a first expansion strut 10a adjacent to a second

expansion strut 10b and a joining strut that couples the first and second expansion struts at a

proximal end, a plurality of the second expansion pair forming a second expansion column;

Application/Control Number: 90/013,018                                    Page 5
Art Unit: 3993

a first connecting strut 16 including a first connecting strut proximal section, a first

connecting strut distal section, and a first connecting strut intermediate section, the first

connecting strut proximal section being coupled to the distal end of the first expansion strut

pair and the first connection strut distal section being coupled to the proximal end of the

second expansion strut pair, a plurality of the first connecting strut forming a first connection

strut column that couples the first expansion column to the second expansion column, the

first connecting strut intermediate section being non-parallel to the first connecting strut

proximal and distal sections;

wherein the first expansion strut of the first expansion strut pair in the first expansion

column has a longitudinal axis offset from a longitudinal axis of the first expansion strut of

the second expansion strut pair in the second expansion column.

See the annotated Figure 1 below and Wijay, e.g., Figure 1 and column 4 lines 38 to 67.

See also pages 9-18 of the October 8, 2013 request.

Application/Control Number: 90/013,018                                    Page 6

Art Unit: 3993



In regard to claim 6, Wijay teaches a first radius of curvature (see the bend in connecting strut 16 closest to the first expansion column) is formed where the first connecting proximal section is coupled to the first connecting strut intermediate section. See also page 19 of the October 8, 2012 request.

In regard to claim 7, Wijay teaches a second radius of curvature (see the bend in connecting strut 16 closest to the second expansion column) is formed where the first connecting distal section is coupled to the first connecting strut intermediate section. See also page 19 of the October 8, 2012 request.

In regard to claim 8, see the explanation above for claims 6 and 7. See also pages 19-20 of the October 8, 2012 request.

Application/Control Number: 90/013,018                                    Page 7
Art Unit: 3993

**In regard to claim 17,** Wijay the first and second expansion columns are each

unbroken, continuous structures (e.g., rings). See also page 20 of the October 8, 2013

request.


2.  Claims 1, 6-8, and 17 are rejected under 35 U.S.C. 102(e) as anticipated by U.S. Patent No.

6,818,014 to Brown et al. ("Brown").

**In regard to claim 1,** Brown teaches a stent in a non-expanded state comprising:

a first expansion strut pair 18 including a first expansion strut 18 adjacent to a second

expansion strut 18 and a joining strut 19b that couples the first and second expansion struts at

a distal end, a plurality of the first expansion pair forming a first expansion column;

a second expansion strut pair 18 including a first expansion strut 18 adjacent to a second

expansion strut 18 and a joining strut 19a that couples the first and second expansion struts at

a proximal end, a plurality of the second expansion pair forming a second expansion column;

a first connecting strut 16,20 including a first connecting strut proximal section, a first

connecting strut distal section, and a first connecting strut intermediate section, the first

connecting strut proximal section being coupled to the distal end of the first expansion strut

pair and the first connection strut distal section being coupled to the proximal end of the

second expansion strut pair, a plurality of the first connecting strut forming a first connection

strut column that couples the first expansion column to the second expansion column, the

first connecting strut intermediate section being non-parallel to the first connecting strut

proximal and distal sections;

Application/Control Number: 90/013,018                                    Page 8
Art Unit: 3993

wherein the first expansion strut of the first expansion strut pair in the first expansion

column has a longitudinal axis offset from a longitudinal axis of the first expansion strut of

the second expansion strut pair in the second expansion column.  See, e.g., Figure 1 and

column 2 lines 12 to 27 and column 3 lines 39-41 of Brown.  See also the annotated versions

of Figure 1 below.  See also pages 25-35 of the October 8, 2012 request.



In regard to claim 6, Brown teaches a first radius of curvature (see the bend in

connecting strut 16 closest to the first expansion column) is formed where the first

connecting proximal section is coupled to the first connecting strut intermediate section.  See

also pages 35-36 of the October 8, 2012 request.

In regard to claim 7, Brown teaches a second radius of curvature (see the bend in

connecting strut 16 closest to the second expansion column) is formed where the first

Application/Control Number: 90/013,018                                    Page 9
Art Unit: 3993

connecting distal section is coupled to the first connecting strut intermediate section. See
also pages 35-36 of the October 8, 2012 request.

**In regard to claim 8**, see the explanation above for claims 6 and 7. See also page 36
of the October 8, 2012 request.

**In regard to claim 17**, Brown the first and second expansion columns are each
unbroken, continuous structures (e.g., see Figures 1-3 & column 2 lines 63-66). See also
page 37 of the October 8, 2013 request.

3. Claims 1, 6-8, and 17 are rejected under 35 U.S.C. 102(e) as anticipated by U.S. Patent No.
5,514,154 to Lau et al. ("Lau").

**In regard to claim 1**, Lau teaches a stent in a non-expanded state comprising:

a first expansion strut pair 12 including a first expansion strut 12 adjacent to a second
expansion strut 12 and a joining strut (e.g., the curved portion) that couples the first and
second expansion struts at a distal end, a plurality of the first expansion pair forming a first
expansion column;

a second expansion strut pair 12 including a first expansion strut 12 adjacent to a second
expansion strut 12 and a joining strut (e.g., the curved portion) that couples the first and
second expansion struts at a proximal end, a plurality of the second expansion pair forming a
second expansion column;

a first connecting strut 12,13 including a first connecting strut proximal section, a first
connecting strut distal section, and a first connecting strut intermediate section, the first

Application/Control Number: 90/013,018    Page 10
Art Unit: 3993

connecting strut proximal section being coupled to the distal end of the first expansion strut pair and the first connection strut distal section being coupled to the proximal end of the second expansion strut pair, a plurality of the first connecting strut forming a first connection strut column that couples the first expansion column to the second expansion column, the first connecting strut intermediate section being non-parallel to the first connecting strut proximal and distal sections;

wherein the first expansion strut of the first expansion strut pair in the first expansion column has a longitudinal axis offset from a longitudinal axis of the first expansion strut of the second expansion strut pair in the second expansion column. See, e.g., Figure 11, column 1 line 59 to column 2 line 11, column 3 lines 5-15, and column 5 line 61 to column 6 line 7. See also the modified version of Figure 11 below. See also pages 40-50 of the October 8, 2012 request.

Application/Control Number: 90/013,018                                          Page 11
Art Unit: 3993



In regard to claim 6, Brown teaches a first radius of curvature (see the bend in connecting strut 16 closest to the first expansion column) is formed where the first connecting proximal section is coupled to the first connecting strut intermediate section.  See also pages 50-51 of the October 8, 2012 request.

In regard to claim 7, Brown teaches a second radius of curvature (see the bend in connecting strut 16 closest to the second expansion column) is formed where the first connecting distal section is coupled to the first connecting strut intermediate section.  See also pages 50-51 of the October 8, 2012 request.

Application/Control Number: 90/013,018                                           Page 12

Art Unit: 3993

**In regard to claim 8**, see the explanation above for claims 6 and 7.  See also pages 51-52 of the October 8, 2012 request.

**In regard to claim 17**, Brown the first and second expansion columns are each unbroken, continuous structures (e.g., see Figures 10-11 & column 2 lines 25-28).  See also pages 52-53 of the October 8, 2013 request.


## Conclusion

**All** correspondence relating to this *ex parte* reexamination proceeding should be directed:

By EFS:      Registered users may submit via the electronic filing system EFS-Web, at https://efs.uspto.gov/efile/myportal/efs-registered

By Mail to:  Mail Stop *Ex Parte* Reexam
             Central Reexamination Unit
             Commissioner for Patents
             United States Patent & Trademark Office
             P.O. Box 1450
             Alexandria, VA 22313-1450

By FAX to:  (571) 273-9900
             Central Reexamination Unit

By hand:     Customer Service Window
             Randolph Building
             401 Dulany Street
             Alexandria, VA 22314

For EFS-Web transmissions, 37 CFR 1.8(a)(1)(i) (C) and (ii) states that correspondence (except for a request for reexamination and a corrected or replacement request for reexamination) will be considered timely filed if (a) it is transmitted via the Office's electronic filing system in accordance with 37 CFR 1.6(a)(4), and (b) includes a certificate of transmission for each piece of correspondence stating the date of transmission, which is prior to the expiration of the set period of time in the Office action.

Application/Control Number: 90/013,018                                    Page 13
Art Unit: 3993

Any inquiry concerning the status of this proceeding should be directed to the Central Reexamination Unit at telephone number (571) 272-7705. Any inquiry concerning this communication should be directed to Jeanne Clark at telephone number (571) 272-7714.

Signed:

___/Jeanne M Clark/_____

Jeanne M. Clark
CRU Examiner
GAU 3993
(571) 272-7714

Conferee: __/JRJ/_____

Conferee: _____

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/013,019 | 10/08/2013 | 5954743 | P34089US00 | 3022 |

28381        7590        11/21/2013
ARNOLD & PORTER LLP
ATTN: IP DOCKETING DEPT.
555 TWELFTH STREET, N.W.
WASHINGTON, DC 20004-1206

| EXAMINER |
|---|
| CLARK, JEANNE MARIE |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3993 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 11/21/2013 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

| *Office Action in Ex Parte Reexamination* | Control No. 90/013,019 | Patent Under Reexamination 5954743 |
|---|---|---|
| | Examiner JEANNE M. CLARK | Art Unit 3993 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a ☒ Responsive to the communication(s) filed on <u>4 Nov 2013</u> .     b ☐ This action is made FINAL.
c ☐  A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire <u>2</u> month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d).  **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1.  ☐   Notice of References Cited by Examiner, PTO-892.      3.  ☐   Interview Summary, PTO-474.

2.  ☐   Information Disclosure Statement, PTO/SB/08.   4.   ☐   _____.

Part II    SUMMARY OF ACTION

1a.  ☒   Claims <u>1,10,11,13 and 16-20</u> are subject to reexamination.

1b.  ☒   Claims <u>2-9,12,14,15, and 21-80</u> are not subject to reexamination.

2.   ☐   Claims _____ have been canceled in the present reexamination proceeding.

3.   ☐   Claims _____ are patentable and/or confirmed.

4.   ☒   Claims <u>1,10,11,13 and 16-20</u> are rejected.

5.   ☐   Claims _____ are objected to.

6.   ☐   The drawings, filed on _____ are acceptable.

7.   ☐   The proposed drawing correction, filed on _____ has been  (7a) ☐  approved  (7b) ☐  disapproved.

8.   ☐   Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).

   a) ☐ All   b) ☐ Some*  c) ☐ None   of the certified copies have

   1 ☐  been received.

   2 ☐  not been received.

   3 ☐  been filed in Application No. _____ .

   4 ☐  been filed in reexamination Control No. _____.

   5 ☐  been received by the International Bureau in PCT application No. _____.

   * See the attached detailed Office action for a list of the certified copies not received.

9.   ☐   Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D. 11, 453 O.G. 213.

10.  ☐   Other: _____

cc: Requester (if third party requester)
U.S. Patent and Trademark Office
PTOL-466 (Rev. 08-06)                    Office Action in Ex Parte Reexamination                    Part of Paper No. 20131112

Application/Control Number: 90/013,019                                    Page 2
Art Unit: 3993

## DETAILED ACTION

### *Reexamination Procedures*

Patent owner's counsel waived the right to file a patent owner statement under 35 USC 304 (see the communication dated November 4, 2013), and as reexamination has been ordered, the issuance of this Office action at this time is appropriate.

In order to ensure full consideration of any amendments, affidavits or declarations, or other documents as evidence of patentability, such documents must be submitted in response to this Office action. Submissions after the next Office action, which is intended to be a final action, will be governed by the requirements of 37 C.F.R. 1.116, after final rejection and 37 C.F.R. 41.33 after appeal, which will be strictly enforced.

Extensions of time under 37 C.F.R. 1.136(a) will not be permitted in these proceedings because the provisions of 37 C.F.R. 1.136 apply only to "an applicant" and not to parties in a reexamination proceeding. Additionally, 35 U.S.C. § 305 requires that reexamination proceedings "will be conducted with special dispatch" (37 C.F.R. 1.550(a)). Extension of time in *ex parte* reexamination proceedings are provided for in 37 C.F.R. 1.550(c).

The patent owner is reminded of the continuing responsibility under 37 C.F.R. 1.565(a) to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving the patent, throughout the course of this reexamination proceeding. See MPEP §§ 2207, 2282 and 2286.

In any reexamination proceeding under this chapter, the patent owner will be permitted to propose any amendment to his patent and a new claim or claims thereto, in order to distinguish the invention as claimed from the prior art cited under the provisions of section 301 of this title,

Application/Control Number: 90/013,019                                   Page 3
Art Unit: 3993

or in response to a decision adverse to the patentability of a claim of a patent. See 35 U.S.C.

305. For this reason, patent owner is notified that *any* amendment to a claim not involved in the

reexamination proceeding may not be entered, and if entered, will bring that claim into the

reexamination proceeding. See 37 CFR 1.104.

Patent owner is notified that any proposed amendment to the specification and/or claims

in this reexamination proceeding must comply with 37 C.F.R. 1.530(d)-(j), must be formally

presented pursuant to 37 C.F.R. 1.52(a) and (b), and must contain any fees required by 37 C.F.R.

1.20(c). Also, in accordance with 37 CFR 1.530(e), each claim amendment must be

accompanied by an explanation of the support in the disclosure of the patent for the amendment

(i.e., support for the changes made in the claim(s), support for any insertions and deletions). See

MPEP § 2250(IV) for examples to assist in the preparation of proper proposed amendments in

reexamination proceedings.


### *Summary of the Proceeding to Date*

Patent owner filed a request for reexamination of claims 1, 10, 11, 13, and 16-20 of U.S.

Patent No. 5,954,743 ("the '743 patent") based upon the following proposed rejections supported

by substantial new questions of patentability (SNQs):

1. Claims 1, 10, 11, 13, and 16-19 are unpatentable over U.S. Patent No. 6,203,569 to Wijay ("Wijay").
2. Claims 1, 10, 11, 13, and 16-20 are unpatentable over U.S. Patent No. 6,818,014 to Brown et al. ("Brown").
3. Claims 1, 10, 11, 13, and 16-20 are unpatentable over U.S. Patent No. 5,514,154 to Lau et al. ("Lau").

An order granting reexamination, based on substantial new question of patentability raised by

Wijay, Brown, and Lau for claims 1, 10, 11, 13, and 16-20 of the '743 patent, was mailed on

Application/Control Number: 90/013,019                                            Page 4

Art Unit: 3993

October 31, 2013.  As discussed above, the patent owner waived the right to file a statement

under 37 CFR 1.530.

## *Grounds of Rejection*

The following grounds of rejection are set forth:

### *Claim Rejections - 35 USC § 102*

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (e) the invention was described in (1) an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an application filed in the United States only if the international application designated the United States and was published under Article 21(2) of such treaty in the English language.

1. Claims 1, 10, 11, 13, and 16-19 are rejected under 35 U.S.C. 102(e) as anticipated by U.S.

   Patent No. 6,203,569 to Wijay ("Wijay").

   **In regard to claim 1,** Wijay teaches a stent in a non-expanded state comprising:

   a first expansion strut pair including a first expansion strut 10a adjacent to a second

   expansion strut 10b and a joining strut 10c (e.g., bends 12,14 in Wijay) that couples the first

   and second expansion struts at a distal end, a plurality of the first expansion pair forming a

   first expansion column;

   a second expansion strut pair including a first expansion strut 10a adjacent to a second

   expansion strut 10b and a joining strut that couples the first and second expansion struts at a

   proximal end, a plurality of the second expansion pair forming a second expansion column;

Application/Control Number: 90/013,019                                      Page 5
Art Unit: 3993

a first connecting strut 16 including a first connecting strut proximal section and a first connecting strut distal section, the first connecting strut proximal section being coupled to the distal end of the first expansion strut pair and the first connection strut distal section being coupled to the proximal end of the second expansion strut pair, a plurality of the first connecting strut forming a first connection strut column that couples the first expansion column to the second expansion column;

a third expansion strut pair including a first expansion strut 10a adjacent to a second expansion strut 10b and a joining strut that couples the first and second expansion struts at a proximal end, a plurality of the third expansion pair forming a third expansion column;

a second connecting strut 16 including a second connecting strut proximal section and a second connecting strut distal section, the second connecting strut proximal section being coupled to the distal end of the second expansion strut pair and the second connection strut distal section being coupled to the proximal end of the third expansion strut pair, a plurality of the second connecting strut forming a second connection strut column that couples the second expansion column to the third expansion column; and

wherein the first expansion strut of the first expansion strut pair in the first expansion column has a longitudinal axis offset from a longitudinal axis of the first expansion strut of the second expansion strut pair in the second expansion column.

See the annotated Figure 1 below and Wijay, e.g., Figure 1 and column 4 lines 38 to 67. See also pages 5-18 of the October 8, 2013 request.

Application/Control Number: 90/013,019                                    Page 6
Art Unit: 3993



In regard to claim 10, Wijay the first and second expansion columns are each

unbroken, continuous structures (e.g., rings).  See also page 18 of the October 8, 2013

request.

In regard to claim 11, Wijay teaches that the width of a portion of the first

connecting struts is equal to the width of a portion of the first expansion struts.  See Figures 4

and 5 of Wijay and page 19 of the October 8, 2013 request.

In regard to claim 13, Wijay teaches that the width of a portion of the second

connecting struts is substantially the same as the width of a portion of the first expansion

struts.  See Figures 4 and 5 of Wijay and page 19 of the October 8, 2013 request.

Application/Control Number: 90/013,019                                     Page 7
Art Unit: 3993

**In regard to claim 16**, Wijay teaches at least a portion of the first connecting struts have a first radius of curvature (see the bend in connecting strut 16 closest to the first expansion column).  See also pages 20-21 of the October 8, 2012 request.

**In regard to claim 17**, Wijay teaches at least a portion of the first connecting struts have a second radius of curvature (see the bend in connecting strut 16 closest to the second expansion column).  See also pages 20-21 of the October 8, 2012 request.

**In regard to claim 18**, Wijay teaches at least a portion of the first connecting struts have first linear sections (see the linear section in connecting strut 16 closest to the first expansion column) coupled to the joining struts of the first expansion pairs and second linear sections (see the linear section in connecting strut 16 closest to the second expansion column) coupled to the joining struts of the second expansion pairs.  See also pages 21-22 of the October 8, 2012 request.

**In regard to claim 19**, see the explanation above for claim 18.  In addition, Wijay teaches at least a portion of the first connection struts have third linear sections (see the linear section between the first and second linear portions).  See also page 22 of the October 8, 2012 request.

2.  Claims 1, 10, 11, 13, and 16-20 are rejected under 35 U.S.C. 102(e) as anticipated by U.S. Patent No. 6,818,014 to Brown et al. ("Brown").

**In regard to claim 1,** Brown teaches a stent in a non-expanded state comprising:

Application/Control Number: 90/013,019                                         Page 8
Art Unit: 3993

a first expansion strut pair 18 including a first expansion strut 18 adjacent to a second

expansion strut 18 and a joining strut 19b that couples the first and second expansion struts at

a distal end, a plurality of the first expansion pair forming a first expansion column;

a second expansion strut pair 18 including a first expansion strut 18 adjacent to a second

expansion strut 18 and a joining strut 19a that couples the first and second expansion struts at

a proximal end, a plurality of the second expansion pair forming a second expansion column;

a first connecting strut 20 or 16,20 including a first connecting strut proximal section

(e.g., the portion closest to the first expansion column) and a first connecting strut distal

section (e.g., the portion closest to the second expansion column), the first connecting strut

proximal section being coupled to the distal end of the first expansion strut pair and the first

connection strut distal section being coupled to the proximal end of the second expansion

strut pair, a plurality of the first connecting strut forming a first connection strut column that

couples the first expansion column to the second expansion column;

a third expansion strut pair 18 including a first expansion strut 18 adjacent to a second

expansion strut 18 and a joining strut 19a that couples the first and second expansion struts at

a proximal end, a plurality of the third expansion pair forming a third expansion column;

a second connecting strut 20 or 16,20 including a second connecting strut proximal

section (e.g., the portion closest to the second expansion column) and a second connecting

strut distal section (e.g., the portion closest to the third expansion column), the second

connecting strut proximal section being coupled to the distal end of the second expansion

strut pair and the second connection strut distal section being coupled to the proximal end of

the third expansion strut pair, a plurality of the second connecting strut forming a second

Application/Control Number: 90/013,019                                    Page 9
Art Unit: 3993

connection strut column that couples the second expansion column to the third expansion

column; and

     wherein the first expansion strut of the first expansion strut pair in the first expansion

column has a longitudinal axis offset from a longitudinal axis of the first expansion strut of

the second expansion strut pair in the second expansion column.  See, e.g., Figure 1 and

column 2 lines 12 to 27 and column 3 lines 39-41 of Brown.  See also the annotated versions

of Figure 1 below, noting that there are two applications of Brown to the limitations of claim

1.  See also pages 24-36 of the October 8, 2012 request.

     First application:



Application/Control Number: 90/013,019                    Page 10
Art Unit: 3993

OR the second application (which corresponds to the explanation provided in the request):



**In regard to claim 10**, Brown the first and second expansion columns are each unbroken, continuous structures (e.g., see Figures 1-3 & column 2 lines 63-66).  See also page 37 of the October 8, 2013 request.

**In regard to claim 11**, Brown teaches that the width of a portion of the first connecting struts is equal to the width of a portion of the first expansion struts.  See Figures 2 and 3 of Brown and pages 37-38 of the October 8, 2013 request.

**In regard to claim 13**, Brown teaches that the width of a portion of the second connecting struts is substantially the same as the width of a portion of the first expansion struts.  See Figures 2 and 3 of Brown and page 38 of the October 8, 2013 request.

Application/Control Number: 90/013,019                                    Page 11
Art Unit: 3993

**In regard to claim 16**, under the second application, Brown teaches at least a portion of the first connecting struts have a first radius of curvature (see the bend in connecting strut closest to the first expansion column).  See also pages 38-39 of the October 8, 2012 request.

**In regard to claim 17**, under the second application, Brown teaches at least a portion of the first connecting struts have a second radius of curvature (see the bend in connecting strut closest to the second expansion column).  See also pages 38-39 of the October 8, 2012 request.

**In regard to claim 18**, under the second application, Brown teaches at least a portion of the first connecting struts have first linear sections (see the linear section in connecting strut closest to the first expansion column) coupled to the joining struts of the first expansion pairs and second linear sections (see the linear section in connecting strut closest to the second expansion column) coupled to the joining struts of the second expansion pairs.  See also pages 39-40 of the October 8, 2012 request.

**In regard to claim 19**, see the explanation above for claim 18.  In addition, under the second application, Brown teaches at least a portion of the first connection struts have third linear sections (see the linear section between the first and second linear portions).  See also page 40 of the October 8, 2012 request.

**In regard to claim 20**, see the explanation above for claims 18 and 19.  In addition, under the second application, Brown teaches at least a portion of the first connection struts have fourth linear sections (see the linear section between the first and second linear portions).  See also pages 40-41 of the October 8, 2012 request.

Application/Control Number: 90/013,019                                    Page 12
Art Unit: 3993

3.  Claims 1, 10, 11, 13, and 16-20 are rejected under 35 U.S.C. 102(e) as anticipated by U.S.

Patent No. 5,514,154 to Lau et al. ("Lau").

**In regard to claim 1,** Lau teaches a stent in a non-expanded state comprising:

a first expansion strut pair 12 including a first expansion strut 12 adjacent to a second

expansion strut 12 and a joining strut (e.g., the curved portion) that couples the first and

second expansion struts at a distal end, a plurality of the first expansion pair forming a first

expansion column;

a second expansion strut pair 12 including a first expansion strut 12 adjacent to a second

expansion strut 12 and a joining strut (e.g., the curved portion) that couples the first and

second expansion struts at a proximal end, a plurality of the second expansion pair forming a

second expansion column;

a first connecting strut 12,13 including a first connecting strut proximal section (e.g., the

portion closest to the first expansion column) and a first connecting strut distal section (e.g.,

the portion closest to the second expansion column), the first connecting strut proximal

section being coupled to the distal end of the first expansion strut pair and the first

connection strut distal section being coupled to the proximal end of the second expansion

strut pair, a plurality of the first connecting strut forming a first connection strut column that

couples the first expansion column to the second expansion column;

a third expansion strut pair 12 including a first expansion strut 12 adjacent to a second

expansion strut 12 and a joining strut (e.g., the curved portion) that couples the first and

second expansion struts at a proximal end, a plurality of the third expansion pair forming a

third expansion column;

Application/Control Number: 90/013,019                                     Page 13
Art Unit: 3993

a second connecting strut 12,13 including a second connecting strut proximal section

(e.g., the portion closest to the second expansion column) and a second connecting strut

distal section (e.g., the portion closest to the third expansion column), the second connecting

strut proximal section being coupled to the distal end of the second expansion strut pair and

the second connection strut distal section being coupled to the proximal end of the third

expansion strut pair, a plurality of the second connecting strut forming a second connection

strut column that couples the second expansion column to the third expansion column; and

wherein the first expansion strut of the first expansion strut pair in the first expansion

column has a longitudinal axis offset from a longitudinal axis of the first expansion strut of

the second expansion strut pair in the second expansion column.  See, e.g., Figure 11, column

1 line 59 to column 2 line 11, column 3 lines 5-15, and column 5 line 61 to column 6 line 7.

See also the modified version of Figure 11 below. See also pages 42-55 of the October 8,

2012 request.

Application/Control Number: 90/013,019

Page 14

Art Unit: 3993



**In regard to claim 10**, Lau the first and second expansion columns are each unbroken, continuous structures (e.g., see Figures 10-11 & column 2 lines 25-28). See also page 55 of the October 8, 2013 request.

**In regard to claim 11**, Lau teaches that the width of a portion of the first connecting struts is equal to the width of a portion of the first expansion struts. See Figures 11-13 & column 2 lines 57-60 of Lau and pages 55-56 of the October 8, 2013 request.

**In regard to claim 13**, Lau teaches that the width of a portion of the second connecting struts is substantially the same as the width of a portion of the first expansion struts. See Figures 11-13 of Brown and pages 56-57 of the October 8, 2013 request.

Application/Control Number: 90/013,019                                    Page 15
Art Unit: 3993

**In regard to claim 16**, under the second application, Lau teaches at least a portion of the first connecting struts have a first radius of curvature (see the bend in connecting strut closest to the first expansion column).  See also pages 57-58 of the October 8, 2012 request.

**In regard to claim 17**, under the second application, Lau teaches at least a portion of the first connecting struts have a second radius of curvature (see the bend in connecting strut closest to the second expansion column).  See also pages 57-58 of the October 8, 2012 request.

**In regard to claim 18**, under the second application, Lau teaches at least a portion of the first connecting struts have first linear sections (see the linear section in connecting strut closest to the first expansion column) coupled to the joining struts of the first expansion pairs and second linear sections (see the linear section in connecting strut closest to the second expansion column) coupled to the joining struts of the second expansion pairs.  See also pages 58-59 of the October 8, 2012 request.

**In regard to claim 19**, see the explanation above for claim 18.  In addition, under the second application, Lau teaches at least a portion of the first connection struts have third linear sections (see the linear section between the first and second linear portions).  See also page 59 of the October 8, 2012 request.

**In regard to claim 20**, see the explanation above for claims 18 and 19.  In addition, under the second application, Lau teaches at least a portion of the first connection struts have fourth linear sections (see the linear section between the first and second linear portions).  See also page 60 of the October 8, 2012 request.

Application/Control Number: 90/013,019                                    Page 16
Art Unit: 3993

## Conclusion

**All** correspondence relating to this *ex parte* reexamination proceeding should be directed:

By EFS:      Registered users may submit via the electronic filing system EFS-Web, at
https://efs.uspto.gov/efile/myportal/efs-registered

By Mail to:   Mail Stop *Ex Parte* Reexam
              Central Reexamination Unit
              Commissioner for Patents
              United States Patent & Trademark Office
              P.O. Box 1450
              Alexandria, VA 22313-1450

By FAX to:   (571) 273-9900
              Central Reexamination Unit

By hand:      Customer Service Window
              Randolph Building
              401 Dulany Street
              Alexandria, VA 22314

For EFS-Web transmissions, 37 CFR 1.8(a)(1)(i) (C) and (ii) states that correspondence
(except for a request for reexamination and a corrected or replacement request for
reexamination) will be considered timely filed if (a) it is transmitted via the Office's electronic
filing system in accordance with 37 CFR 1.6(a)(4), and (b) includes a certificate of transmission
for each piece of correspondence stating the date of transmission, which is prior to the expiration
of the set period of time in the Office action.

Any inquiry concerning the status of this proceeding should be directed to the Central
Reexamination Unit at telephone number (571) 272-7705. Any inquiry concerning this
communication should be directed to Jeanne Clark at telephone number (571) 272-7714.
Signed:

_____/Jeanne M Clark/_____

Jeanne M. Clark
CRU Examiner
GAU 3993
(571) 272-7714

Conferee: ___/JRJ/_____

Conferee: _____