# Exhibit 5

**Zogg, Sara P.**

| | |
|---|---|
| **From:** | Wolf, Matthew M. |
| **Sent:** | Sunday, January 12, 2014 9:40 AM |
| **To:** | Jeffrey J. Toney |
| **Cc:** | Nilsson, John E.; Zogg, Sara P.; Jang-Boston Scientific; Han, Edward |
| **Subject:** | RE: Jang v. Boston Scientific Corp., Case No. 5:5-cv-0426-VAP - Meet-and-confer |

I will check with the team, but given what I know of schedules probably first thing Tuesday works best.

**From:** Jeffrey J. Toney [mailto:JToney@kasowitz.com]
**Sent:** Saturday, January 11, 2014 5:40 PM
**To:** Wolf, Matthew M.
**Cc:** Nilsson, John E.; Zogg, Sara P.; Jang-Boston Scientific
**Subject:** Jang v. Boston Scientific Corp., Case No. 5:5-cv-0426-VAP - Meet-and-confer

Matt,

Following up on my request for a conference concerning the upcoming deadlines in the ex parte proceedings before the USPTO, can you speak early Monday, 1/13?

Thanks and have a nice weekend.

Jeff

Jeffrey J. Toney
Kasowitz, Benson, Torres & Friedman LLP
1349 West Peachtree Street, N.W.
Suite 1500
Atlanta, Georgia 30309
Tel. (404) 260-6105
Fax (404) 393-9888
JToney@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.