# Exhibit 6

**Zogg, Sara P.**

| | |
|---|---|
| **From:** | Wolf, Matthew M. |
| **Sent:** | Wednesday, January 15, 2014 9:24 AM |
| **To:** | Norman (Jack) Minnear |
| **Cc:** | Nilsson, John E.; Zogg, Sara P.; Han, Edward |
| **Subject:** | Follow up to meet and confer |

Upon consultation with our client, we offer the following observations:

We have openly stated from the beginning of this case that the claim construction advocated by Dr. Jang would render the claims at issue invalid. The PTO has now agreed. We have timely informed Dr. Jang of BSC's activities in the PTO and the PTO's responses.

We do not believe that the operative contract contemplates Dr. Jang participating in PTO activity unless specifically requested to by BSC. And at no time prior to last Thursday did Dr. Jang indicate any interest in the PTO proceedings whatsoever. To suggest any exigency now is belied by Dr. Jang's inactivity to date.

Moreover, we don't believe that there is any procedurally proper way for you to seek the relief you described in the current case. To the extent that Dr. Jang intends to file a new complaint for breach of the provision(s) you identified, or to seek to amend the current complaint to add such a claim, BSC would clearly be entitled to the ordinary time allotted under the rules to respond.

I must emphasize that BSC takes it duties owed to the PTO very seriously. As we noted in our phone call today, if Dr. Jang believes that BSC has said anything in its PTO submissions that is inaccurate, please tell us immediately so that we may consider whether the record before the PTO should be corrected. To submit Mr. Lee's expert report, or any similar argument, to the PTO would be a breach of our duties as we believe that the arguments therein are plainly incorrect.

Matthew M. Wolf
Partner

Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Telephone: +1 202.942.5462
Cell Phone: +1 202.744.8779
Matthew.Wolf@aporter.com
www.arnoldporter.com