# Exhibit 9





United States Patent and Trademark Office



| **Patent Bibliographic Data** | | | 01/16/2014 12:32 PM | |
|---|---|---|---|---|
| **Patent Number:** | 5922021 | | **Application Number:** | 08845657 |
| **Issue Date:** | 07/13/1999 | | **Filing Date:** | 04/25/1997 |
| **Title:** | INTRAVASCULAR STENT | | | |
| **Status:** | 4th, 8th and 12th year fees paid | | **Entity:** | LARGE |
| **Window Opens:** | N/A | **Surcharge Date:** N/A | **Expiration:** | N/A |
| **Fee Amt Due:** | Window not open | **Surchg Amt Due:** Window not open | **Total Amt Due:** | Window not open |
| **Fee Code:** | | | | |
| **Surcharge Fee Code:** | | | | |
| **Most recent events (up to 7):** | 12/28/2010<br>12/18/2006<br>12/30/2002<br>12/06/2002<br>12/06/2002 | Payment of Maintenance Fee, 12th Year, Large Entity.<br>Payment of Maintenance Fee, 8th Year, Large Entity.<br>Payment of Maintenance Fee, 4th Year, Large Entity.<br>Payor Number Assigned.<br>Payer Number De-assigned.<br>--- End of Maintenance History --- | | |
| **Address for fee purposes:** | SCIMED LIFE SYSTEMS INC.<br>ONE SCIMED PLACE<br>MAPLA GROVE MN 55311-1566 | | | |
| | Run Another Query | | | |

Need Help?  |  USPTO Home Page  |  Finance Online Shopping Page  |  Alerts Page






| **Patent Bibliographic Data** | | 01/16/2014 05:21 PM | |
|---|---|---|---|
| **Patent Number:** | 5954743 | **Application Number:** | 08824866 |
| **Issue Date:** | 09/21/1999 | **Filing Date:** | 03/26/1997 |
| **Title:** | INTRAVASCULAR STENT | | |
| **Status:** | 4th, 8th and 12th year fees paid | **Entity:** | LARGE |
| **Window Opens:** | N/A | **Surcharge Date:** N/A | **Expiration:** N/A |
| **Fee Amt Due:** | Window not open | **Surchg Amt Due:** Window not open | **Total Amt Due:** Window not open |
| **Fee Code:** | | | |
| **Surcharge Fee Code:** | | | |
| **Most recent events (up to 7):** | 02/18/2011<br>04/11/2007<br>04/09/2007<br>02/20/2007<br>02/10/2003<br>01/14/2003<br>01/14/2003 | Payment of Maintenance Fee, 12th Year, Large Entity.<br>Refund - Payment of Maintenance Fee, 8th Yr, Small Entity.<br>Pat Hldr no Longer Claims Small Ent Stat<br>Payment of Maintenance Fee, 8th Year, Large Entity.<br>Pat Holder Claims Small Entity Status<br>Payor Number Assigned.<br>Payer Number De-assigned.<br>--- More Maintenance History Exists --- | |
| **Address for fee purposes:** | SCIMED LIFE SYSTEMS INC.<br>ONE SCIMED PLACE<br>MAPLA GROVE MN 55311-1566 | | |
| | Run Another Query | | |

Need Help?  |  USPTO Home Page  |  Finance Online Shopping Page  |  Alerts Page