**ARNOLD & PORTER LLP**
Amie L. Medley (CA SBN 266586)
Amie.Medley@aporter.com
Brian Martinez (CA SBN: 274210)
Brian.Martinez@aporter.com
777 South Figueroa Street
Los Angeles, California 90017-5844
Tel: (213) 243-4000; Fax: (213) 243-4199

Matthew Wolf (*pro hac vice*)
Matthew.Wolf@aporter.com
Edward Han (*pro hac vice*)
Ed.Han@aporter.com
John Nilsson *(pro hac vice)*
John.Nilsson@aporter.com
Sara P. Zogg *(pro hac vice)*
Sara.Zogg@aporter.com
555 Twelfth Street NW
Washington, DC 20004-1206
Tel: (202) 942-5000; Fax: (202) 942-5999

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| G. DAVID JANG, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation; and SCIMED LIFE SYSTEMS, INC., a Minnesota corporation,<br><br>Defendants. | Case No. EDCV 05-00426-VAP-MRW<br><br>**DEFENDANTS' NOTICE OF MOTION IN LIMINE NO. 1**<br><br>Date: April 21, 2014<br>Time: 2:00 pm<br>Dept.: Courtroom 2<br>Judge: Hon. Virginia A. Phillips |

# NOTICE

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: Please take notice that Defendants Boston Scientific Corporation and Boston Scientific Scimed, Inc., (formerly Scimed Life Systems, Inc.) (collectively "BSC") hereby move *in limine* to exclude certain evidence from trial.  This motion is based on this Notice, the accompanying Motion *in limine* No. 1; the Declaration of Amie L. Medley, including exhibits thereto; the pleadings and papers on file in this action; and such additional evidence and authority as may be offered at or before the time of oral argument on this Motion.

Prior to filing this Motion, the parties conferred pursuant to L.R. 7-3, with the conference of counsel taking place on March 17, 2014.

# RELIEF REQUESTED

By this motion, BSC respectfully requests that the Court preclude Dr. Jang from advancing, whether through his expert witnesses, counsel or otherwise, any theory of infringement under the doctrine of equivalents.

| | | |
|---|---|---|
| 1 | Dated:  March 24, 2014 | By: */s/  Amie L. Medley* |
| 2 | | Amie L. Medley (State Bar No. 266586) |
| | | Amie.Medley@aporter.com |
| 3 | | Brian Martinez (State Bar No. 274210) |
| | | Brian.Martinez@aporter.com |
| 4 | | ARNOLD & PORTER LLP |
| 5 | | 777 South Figueroa Street |
| | | Los Angeles, California 90017-5844 |
| 6 | | Telephone: 213.243.4000 |
| 7 | | Facsimile: 213.243.4199 |

Matthew Wolf (*pro hac vice*)
Matthew.Wolf@aporter.com
Edward Han (*pro hac vice*)
Ed.Han@aporter.com
John Nilsson (*pro hac vice*)
John.Nilsson@aporter.com
Sara Zogg (*pro hac vice*)
Sara.Zogg@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004-1206
Telephone: 202.942.5000
Facsimile: 202.942.5999

*Attorneys for Defendants
Boston Scientific Corporation and
Scimed Life Systems, Inc.*

DEFENDANTS' NOTICE OF MOTION IN LIMINE NO. 1