| | |
|---|---|
| 1 | **ARNOLD & PORTER LLP** |
| 2 | Wallace Wu (State Bar No. 220110) |
|   | Wallace.Wu@aporter.com |
| 3 | Amie Medley (State Bar No. 266586) |
| 4 | Amie.Medley@aporter.com |
|   | Allen Secretov (State Bar No. 301655) |
| 5 | Allen.Secretov@aporter.com |
| 6 | Los Angeles, California  90017-5844 |
|   | Tel:  (213) 243-4000;  Fax: (213) 243-4199 |
| 7 | |
| 8 | Matthew Wolf (*pro hac vice*) |
|   | Matthew.Wolf@aporter.com |
| 9 | Edward Han (*pro hac vice)* |
| 10 | Ed.Han@aporter.com |
|    | John Nilsson *(pro hac vice)* |
| 11 | John.Nilsson@aporter.com |
| 12 | Sara P. Zogg *(pro hac vice)* |
|    | Sara.Zogg@aporter.com |
| 13 | 555 Twelfth Street NW |
| 14 | Washington, DC  20004-1206 |
|    | Tel:  (202) 942-5000; Fax:  (202) 942-5999 |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| G. DAVID JANG, M.D., | Case No.  EDCV 05-00426-VAP-MRW |
| Plaintiff, | **NOTICE OF MOTION AND MOTION OF DEFENDANTS' BOSTON SCIENTIFIC CORPORATION AND SCIMED LIFE SYSTEMS, INC. FOR JUDGMENT AS A MATTER OF LAW UNDER RULE 50(a)** |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, a Delaware corporation; and SCIMED LIFE SYSTEMS, INC., a Minnesota corporation, | **Date: July 1, 2015** |
|  | **Time: 8:00 am** |
|  | **Dept.: Courtroom 2** |
| Defendants. | **Judge: Honorable Virginia A. Phillips** |

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW**

| | |
|---|---|
| 1 | **NOTICE** |
| 2 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD: Please take notice |
| 3 | that Defendants Boston Scientific Corporation and Scimed Life Systems, Inc. |
| 4 | (collectively "BSC") hereby move for judgment as a matter of law on no literal |
| 5 | infringement and no infringement under the doctrine of claims 1 and 8 of U.S. Patent |
| 6 | No. 5,922,021 pursuant to Fed. R. Civ. P. 50(a).  This motion is based on this Notice, |
| 7 | the accompanying Memorandum of Points and Authorities; the pleadings and papers |
| 8 | on file in this action; the evidence admitted at trial, and such additional evidence and |
| 9 | authority as may be offered at or before the time of oral argument on this Motion. |

Dated:  July 1, 2015              */s/ Amie L. Medley*
                                  Amie L. Medley

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW**