REDACTED ORIGINAL



FILED
CLERK, U.S. DISTRICT COURT
JULY 8 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: WR DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| G. DAVID JANG, M.D., | Case No. EDCV 05-00426-VAP-MRW |
| Plaintiff, | |
| v. | **SPECIAL VERDICT FORM** |
| BOSTON SCIENTIFIC CORPORATION, a Delaware corporation; and SCIMED LIFE SYSTEMS, INC., a Minnesota corporation, | |
| Defendants. | |

# VERDICT

We, the jury, find as follows:

**Question No. 1:** Has Dr. Jang proven, by a preponderance of the evidence (*i.e.*, that it is more likely than not), that the Express stent literally infringes claim 1 of U.S. Patent 5,922,021 (*i.e.*, literally includes each and every requirement of claim 1)?

YES \_\_\_\_    NO  ✗

If you answer "YES" to Question No. 1, skip to Question No. 3.

If you answer "NO" to Question No. 1, proceed to Question No. 2.

**Question No. 2:** For any requirements of claim 1 of U.S. Patent 5,922,021 that are not literally infringed, has Dr. Jang proven, by a preponderance of the evidence (*i.e.*, that it is more likely than not), that the Express stent meets the requirement(s) under the doctrine of equivalents?

YES ✗    NO \_\_\_\_

If you answer "YES" to Question No. 2, proceed to Question No. 3.

If you answer "NO" to Question No. 2, STOP. You have completed your deliberations.

**Question No. 3:** Has Dr. Jang proven, by a preponderance of the evidence (*i.e.*, that it is more likely than not), that the Express stent literally infringes claim 8 of U.S. Patent 5,922,021 (*i.e.*, literally includes each and every limitation of claim 1 <u>and</u> claim 8)?

YES \_\_\_\_    NO  ✗

If you answer "YES" to Question No. 3, skip to Question No. 5.

If you answer "NO" to Question No. 3, proceed to Question No. 4.

**Question No. 4:** For any requirements of claim 8 of U.S. Patent 5,922,021 that are not literally infringed, has Dr. Jang proven, by a preponderance of the evidence (*i.e.*, that it is more likely than not), that the Express stent meets the requirement(s) under the doctrine of equivalents?

YES  X        NO  _____

If you answer "YES" to Question No. 4, proceed to Question No. 5.

If you answer "NO" to Question No. 4, STOP. You have completed your deliberations.

**Question No. 5:** Has Dr. Jang proven, by a preponderance of the evidence (*i.e.*, that it is more likely than not), that he performed all of his obligations under the Assignment Agreement?

YES  X        NO  _____

If you answer "YES" to Question No. 5, proceed to Question No. 6.

If you answer "NO" to Question No. 5, STOP. You have completed your deliberations.

**Question No. 6:** Has Dr. Jang proven, by a preponderance of the evidence (*i.e.*, that it is more likely than not), that BSC breached its obligations under the Assignment Agreement by failing to make required payments to Dr. Jang?

YES  X        NO  _____

1  The Presiding Juror should now sign and date the verdict form in the spaces below and
2  notify the bailiff that you have reached a verdict.  The Presiding Juror should retain
3  possession of the verdict form and bring it when the jury is brought back into the
4  courtroom.

DATED: July 8, 2015          By: REDACTED
                                  Presiding Juror