**ARNOLD & PORTER LLP**
Wallace Wu (State Bar No. 220110)
Wallace.Wu@aporter.com
Amie Medley (State Bar No. 266586)
Amie.Medley@aporter.com
Allen Secretov (State Bar No. 301655)
Allen.Secretov@aporter.com
777 South Figueroa Street
Los Angeles, California 90017-5844
Tel: (213) 243-4000; Fax: (213) 243-4199

Matthew Wolf (*pro hac vice*)
Matthew.Wolf@aporter.com
Edward Han (*pro hac vice)*
Ed.Han@aporter.com
John Nilsson *(pro hac vice)*
John.Nilsson@aporter.com
Sara P. Zogg *(pro hac vice)*
Sara.Zogg@aporter.com
555 Twelfth Street NW
Washington, DC 20004-1206
Tel: (202) 942-5000; Fax: (202) 942-5999

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

G. DAVID JANG, M.D.,

Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION, a Delaware corporation; and SCIMED LIFE SYSTEMS, INC., a Minnesota corporation,

Defendants.

Case No. EDCV 05-00426-VAP-MRW

**NOTICE OF DEFENDANTS' MOTION FOR CURATIVE SANCTIONS**

**Date:** **TBD**
**Time:** **TBD**
**Dept.:** **Courtroom 2**
**Judge:** **Honorable Virginia A. Phillips**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that as soon as the matter may be heard in the courtroom of the Honorable Virginia A. Phillips, located at 3470 Twelfth Street, Riverside, California 92501, Defendants Boston Scientific Corporation and Boston Scientific Scimed, Inc. (formerly Scimed Life Systems, Inc.) (collectively "BSC") respectfully moves the Court for curative sanctions against Plaintiff G. David Jang, M.D. ("Dr. Jang") for false, misleading, and damaging representations regarding this case.

## PRAYER FOR RELIEF

Wherefore, BSC respectfully prays the Court grant this Motion and impose, at minimum, the following sanction against Dr. Jang:

(a) a public stipulation that the statements made by Dr. Jang and/or his representatives to news outlets were knowingly false.

Dated: July 10, 2015

By: */s/ Allen Secretov*

Wallace Wu (State Bar No. 220110)
Wallace.Wu@aporter.com
Amie Medley (State Bar No. 266586)
Amie.Medley@aporter.com
Allen Secretov (State Bar No. 301655)
Allen.Secretov@aporter.com
777 South Figueroa Street
Los Angeles, California 90017-5844
Tel: (213) 243-4000
Fax: (213) 243-4199

Matthew Wolf (*pro hac vice*)
Matthew.Wolf@aporter.com
Edward Han (*pro hac vice*)
Ed.Han@aporter.com
John Nilsson (*pro hac vice*)
John.Nilsson@aporter.com
Sara Zogg (*pro hac vice*)
Sara.Zogg@aporter.com
**ARNOLD & PORTER LLP**
555 Twelfth Street NW
Washington, DC 20004-1206
Telephone: 202.942.5000
Facsimile: 202.942.5999

*Attorneys for Defendants*
*Boston Scientific Corporation and*
*Boston Scientific Scimed, Inc.*