# Exhibit 3

Redacted

**From:** Nilsson, John E.
**Sent:** Thursday, July 09, 2015 5:17 PM
**To:** Jed I. Bergman; Jeffrey J. Toney
**Cc:** Wolf, Matthew M.; Han, Edward
**Subject:** RE: Statements To News Outlets Regarding The Jang / BSC Case

Jed, they weren't insinuations; they were questions. Moreover, they were far from groundless.  Two third-party news outlets have indicated that Dr. Jang (the IP 360 article) or Dr. Jang's lawyers (Mr. Pierson of Thomson Reuters) has told them that he obtained a $200 million verdict for infringement.  Are you saying that no such communications took place?  That seems implausible, given that the same description was apparently offered to two sources.  It is all the more implausible given that the following now appears on your law firm's web site:

Kasowitz Obtains Jury Trial Verdict in Favor of Client Dr. G. David Jang Against Boston Scientific in $200 Million Patent Infringement Action
July 8, 2015
New York, Silicon Valley
On July 8, 2015, Kasowitz secured a jury trial verdict in favor of its client Dr. G. David Jang against Boston Scientific Corporation, the medical device manufacturer, for infringing Dr. Jang's patent on a stent he invented for treatment of certain atherosclerotic lesions and for breaching its contractual obligations to pay him royalties on its sales of the stent.  The royalties due to Dr. Jang, together with prejudgment interest, amount to more than $200 million.

This is a blatant misrepresentation of the state of this case, one with real impact on BSC.  We will move for sanctions accordingly.

- John

**From:** Jed I. Bergman [mailto:JBergman@kasowitz.com]
**Sent:** Thursday, July 09, 2015 4:46 PM
**To:** Nilsson, John E.; Jeffrey J. Toney
**Cc:** Wolf, Matthew M.; Han, Edward
**Subject:** RE: Statements To News Outlets Regarding The Jang / BSC Case

John,

Your insinuations are wholly without merit.  If you make such a groundless motion for sanctions, we will of course oppose it, and cross-move for fees and costs.

- Jed

1

Jed I. Bergman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel.  (212) 506-1925
Fax. (212) 500-3425
JBergman@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**From:** Nilsson, John E. [mailto:John.Nilsson@APORTER.COM]
**Sent:** Thursday, July 09, 2015 2:31 PM
**To:** Jeffrey J. Toney; Jed I. Bergman
**Cc:** Wolf, Matthew M.; Han, Edward
**Subject:** Statements To News Outlets Regarding The Jang / BSC Case
**Importance:** High

Jed and Jeff, it has come to our attention that news outlets have received inaccurate descriptions of the status of the case.   For instance, there is this piece from IP Law 360:

BREAKING: Boston Scientific Hit With $200M Stent Patent Verdict A California federal jury saddled Boston Scientific Corp. with a more than $200 million verdict in a suit brought by a doctor who sought royalties under a license agreement for coronary stent patents.

http://www.law360.com/ip/articles/677419?nl_pk=1e548025-ae3d-41cb-a6aa-763e6e4ee20b&utm_source=newsletter&utm_medium=email&utm_campaign=ip

As you know, no judgment has been entered, the judge still must determine whether the equivalents verdict will stand, and no "$200 million" damages award has taken place.  Also, Boston Scientific was notified today by Brendan Pierson of Thomson Reuters that it had communicated with "Dr. Jang's lawyers."   He told Kelly Leadem of BSC in an email that "Dr. Jang's lawyers say the award is about $200 million with interest."  Ms. Leadem then asked whether he was speaking with Dr. Jang's lawyers directly, and Mr. Pierson replied that he was.  These two pieces of information and the similarities between are obviously very concerning.  Please tell us today whether any of Dr. Jang's lawyers have communicated with any news outlets on these subjects.   If so, we intend to move for sanctions.  If we do not hear from you today, we will assume that lawyers for Dr. Jang have been making such communications, and we will file the motion.

- John Nilsson

---

John Nilsson

Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Telephone: +1 202.942.5776
John.Nilsson@aporter.com
www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

_____

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com